B1 (Official Form 1) (4/10)

| United States Bankruptcy Court<br>Southern District of Florida | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Carpenter Contractors of America, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**d/b/a R & D Thiel** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**36-2477689** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**941 SW 12th Avenue**<br>**Pompano Beach, FL 33069**     ZIP CODE **33069-0000** | Street Address of Joint Debtor (No. & Street, City, and State):     ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Broward** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):     ZIP CODE | Mailing Address of Joint Debtor (if different from street address):     ZIP CODE |

**Location of Principal Assets of Business Debtor** (if different from street address above): Principal Assets are located at 941 SW 12th Avenue, Pompano Beach, FL 33069; however significant assets are also located at 190 Gillis Hill Road, Fayetteville, NC 28306 and 2340 Newburg Road, Belvidere, IL 61008

| **Type of Debtor**<br>(Form of Organization)<br>(Check one box.) | **Nature of Business**<br>(Check **one** box.) | **Chapter of Bankruptcy Code Under Which**<br>**the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☒ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☒ Other<br>_____<br>**Tax-Exempt Entity**<br>(Check box, if applicable.)<br>☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Chapter 7     ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 9<br>☒ Chapter 11     ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding<br>☐ Chapter 12<br>☐ Chapter 13<br>**Nature of Debts**<br>(Check one box)<br>☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."     ☒ Debts are primarily business debts. |

| **Filing Fee** (Check one box.) | **Chapter 11 Debtors**<br>Check one box: |
|---|---|
| ☒ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (Applicable to individuals only) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (Applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☒ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*<br>-----<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

**Statistical/Administrative Information**     THIS SPACE IS FOR COURT USE ONLY

☒ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ☒ 200-999 | ☐ 1,000-5,000 | ☐ 5001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Debts

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ☐ $1,000,001 to $10 million | ☒ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

| **Voluntary Petition** *(This page must be completed and filed in every case)* | Name of Debtor(s): **Carpenter Contractors of America, Inc.** | |
|---|---|---|
| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet.) | | |
| Location Where Filed: **- None -** | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |
| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet.) | | |
| Name of Debtor: **- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b). X _____ Signature of Attorney for Debtor(s)    (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
☒ No

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box.)

☒ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Carpenter Contractors of America, Inc.** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
|---|---|
| I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br><br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**X** _____<br>  Signature of Debtor<br>**X** _____<br>  Signature of Joint Debtor<br><br>_____<br>  Telephone Number (If not represented by attorney)<br><br>_____<br>  Date | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br><br>(Check only **one** box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>**X** _____<br>  (Signature of Foreign Representative)<br><br>_____<br>  (Printed Name of Foreign Representative)<br><br>_____<br>  Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| **X  /s/ Chad P. Pugatch, Esq.**<br>  Signature of Attorney for Debtor(s)<br>**Chad P. Pugatch, Esq. FL Bar No. 220582**<br>  Printed Name of Attorney for Debtor(s)<br>**Rice Pugatch Robinson & Schiller, P.A.**<br>  Firm Name<br>**101 NE Third Ave**<br>**Suite 1800**<br>**Ft. Lauderdale, FL 33301**<br>  Address<br><br>**954-462-8000 Fax:954-462-4300**<br>  Telephone Number<br>**October 25, 2010**<br>  Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: 1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; 2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, 3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>  Printed Name and title, if any, of Bankruptcy Petition Preparer<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>  Address<br>**X** _____<br><br>_____<br>  Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>**X  /s/ Bill D. Fritsch**<br>  Signature of Authorized Individual<br>**Bill D. Fritsch**<br>  Printed Name of Authorized Individual<br>**Vice President**<br>  Title of Authorized Individual<br>**October 25, 2010**<br>  Date | Signature of Bankruptcy Petition Preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. § 110; 18 U.S.C. § 156.* |

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Carpenter Contractors of America, Inc.**                              Case No.
                                              Debtor(s)                         Chapter    **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

    Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ALPINE ENGINEERED PRO<br>PO BOX 3129<br>CAROL STREAM, IL 60132-3129 | ALPINE ENGINEERED PRO<br>PO BOX 3129<br>CAROL STREAM, IL 60132-3129 | Trade Debt | | 37,550.50 |
| ANASCO INC<br>BOX 1339<br>ADDISON, IL 60101 | ANASCO INC<br>BOX 1339<br>ADDISON, IL 60101 | Trade Debt | | 32,421.07 |
| BILL GIBLIN<br>1010 CURTISS, #B2<br>Downers Grove, IL 60515 | BILL GIBLIN<br>1010 CURTISS, #B2<br>Downers Grove, IL 60515 | Worker's Compensation Claim | | 468,474.00 |
| BLUELINX CORPORATION<br>3532 SOLUTIONS CTR<br>CHICAGO,, IL 60677-3005 | BLUELINX CORPORATION<br>3532 SOLUTIONS CTR<br>CHICAGO,, IL 60677-3005 | Trade Debt | | 52,010.26 |
| CHICAGO CARPENTERS TR<br>P.O.BOX 94432<br>CHICAGO, IL 60690 | CHICAGO CARPENTERS TR<br>P.O.BOX 94432<br>CHICAGO, IL 60690 | Trade Debt | | 38,896.00 |
| CONSTRUCTION INDUSTRY<br>P.O. BOX 71031<br>CHICAGO, IL 60694-1031 | CONSTRUCTION INDUSTRY<br>P.O. BOX 71031<br>CHICAGO, IL 60694-1031 | Trade Debt | | 31,057.00 |
| DJT, LLC | DJT, LLC | Trade Debt | | 36,000.00 |
| DONALD BOETTCHER<br>409 DOUGLAS STREET<br>Belvidere, IL 61008 | DONALD BOETTCHER<br>409 DOUGLAS STREET<br>Belvidere, IL 61008 | Worker's Compensation Claim | | 82,850.00 |
| G-PLEX, INC.<br>PO BOX 2244<br>TUSCALOOSA, AL 35403 | G-PLEX, INC.<br>PO BOX 2244<br>TUSCALOOSA, AL 35403 | Trade Debt | | 57,180.60 |
| GECF BUSINESS PROPERT<br>P.O. BOX 402363<br>ATLANTA, GA 30384-2363 | GECF BUSINESS PROPERT<br>P.O. BOX 402363<br>ATLANTA, GA 30384-2363 | Trade Debt | | 27,965.62 |
| GENERAL ELECTRIC CAPI<br>P.O. BOX 640387<br>PITTSBURGH, PA 15264-0387 | GENERAL ELECTRIC CAPI<br>P.O. BOX 640387<br>PITTSBURGH, PA 15264-0387 | Trade Debt | | 35,516.89 |
| IMPERIAL CREDIT CORP.<br>SUITE 500<br>CARY, NC 27513 | IMPERIAL CREDIT CORP.<br>SUITE 500<br>CARY, NC 27513 | Trade Debt | | 47,875.94 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Carpenter Contractors of America, Inc.**                                    Case No.
                         Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| ITW BUILDING COMPONEN<br>P.O.BOX 3129<br>CAROL STREAM, IL 60132-3129 | ITW BUILDING COMPONEN<br>P.O.BOX 3129<br>CAROL STREAM, IL 60132-3129 | Trade Debt | | 34,825.36 |
| JIM GUSTAFSON<br>3150 EAST END<br>Waukegan, IL 60087 | JIM GUSTAFSON<br>3150 EAST END<br>Waukegan, IL 60087 | Worker's Compensation Claim | | 55,471.00 |
| KEN THILMONT<br>N2020 CITY ROAD, LT 431<br>Lake Geneva, WI 53147 | KEN THILMONT<br>N2020 CITY ROAD, LT 431<br>Lake Geneva, WI 53147 | Worker's Compensation Claim | | 136,883.00 |
| MANUEL ROBLEDO<br>1366 BLACKHAWK DRIVE<br>Elgin, IL 60120 | MANUEL ROBLEDO<br>1366 BLACKHAWK DRIVE<br>Elgin, IL 60120 | Worker's Compensation Claim | | 34,775.00 |
| MARSH USA INC.<br>PO BOX 281404<br>ATLANTA, GA 30384-0001 | MARSH USA INC.<br>PO BOX 281404<br>ATLANTA, GA 30384-0001 | Trade Debt | | 20,329.75 |
| SUNCOAST CONTRACTORS<br>3160 KUTAK ROAD<br>FORT MYERS, FL 33916 | SUNCOAST CONTRACTORS<br>3160 KUTAK ROAD<br>FORT MYERS, FL 33916 | Trade Debt | | 47,953.90 |
| SY'S SUPPLIES, INC.<br>235 NORTH JOG ROAD<br>WEST PALM BEACH, FL 33413 | SY'S SUPPLIES, INC.<br>235 NORTH JOG ROAD<br>WEST PALM BEACH, FL 33413 | Trade Debt | | 17,303.74 |
| WEYERHAUSER<br>PO BOX 843568<br>DALLAS, TX 75284-3568 | WEYERHAUSER<br>PO BOX 843568<br>DALLAS, TX 75284-3568 | Trade Debt | | 19,187.20 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **October 25, 2010**                   Signature  **/s/ Bill D. Fritsch**
                                                        **Bill D. Fritsch**
                                                        **Vice President**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

## United States Bankruptcy Court
### Southern District of Florida

In re  **Carpenter Contractors of America, Inc.**  ,  Case No. _____

Debtor

Chapter **11**

# LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **BILL D. FRITSCH** | | | |
| **DONALD L. THIEL** | | | |
| **JUDITH THIEL** | | | |
| **KENNETH B. THIEL** | | | |
| **MARIA CORNELIUS** | | | |
| **TERRANCE B. SMITH** | | | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Vice President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **October 25, 2010**            Signature  **/s/ Bill D. Fritsch**
                                                  **Bill D. Fritsch**
                                                  **Vice President**

*Penalty for making a false statement or concealing property*:   Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C §§ 152 and 3571.

**0** continuation sheets attached to List of Equity Security Holders

```
84 LUMBER
3530 METRO PARKWAY
FT MYERS, FL 33916


AAA STEEL FABRICATORS
1669 SW 45 WAY
DEERFIELD BEACH, FL 33442


ACCURATE BENEFITS INC
507 BROAD ST PMB#146
LAKE GENEVA, WI 53147


ADONEL CONCRETE PALM
PO BOX 226950
MIAMI,, FL 33122-6950


ADP, INC.
P.O. BOX 78415
PHOENIX, AZ 85062-8415


ADT SECURITY SYSTEM
P.O. BOX 371967
PITTSBURGH, PA 15250-7967


ADVANTAGE PEST RELATE
2800 N.W.22ND TERR.
POMPANO BEACH, FL 33069


AEC IMAGING & GRAPHIC
125 MURRAY HILL ROAD
SOUTHERN PINES, NC 28387


AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 00031-9991


ALPINE ENGINEERED PRO
PO BOX 3129
CAROL STREAM, IL 60132-3129


ALTERNATIVE SERVICE C
PO BOC 306037
NASHVILLE, TN 37230-6037
```

```
AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE, FL 33336-0002


AMERICAN FIRST AID
784 CHURCH ROAD
ELGIN, IL 6 123


ANASCO INC
BOX 1339
ADDISON, IL 60101


ARAMARK UNIFORM SERVI
P.O. BOX. 7177
ROCKFORD, IL 61126-7177


AROMA COFFEE SERVICE
2168 ANDREA LANE
FORT MYERS, FL 33912


AT&T
P.O. BOX 105068
Atlanta, GA 30348


ATLAS SAW & TOOL INC.
7801 INDUSTRIAL CT.
SPRING GROVE, IL 60081


BANK ONE, ILLINOIS, NA
EAST OLD STATE CAPITAL PLAZA
P.O. BOX 19266
Springfield, IL 62794-9266


BELVIDERE ACE HARDWAR
302 MEADOW
BELVIDERE, IL 61008


BILL GIBLIN
1010 CURTISS, #B2
Downers Grove, IL 60515


BLACKHAWK PROPANE COMPANY, INC.
1000 DONER DRIVE
P.O. BOX 141
South Beloit, IL 61080
```

```
BLUELINX CORPORATION
3532 SOLUTIONS CTR
CHICAGO,, IL 60677-3005


BRIAN KOBUS



CALLAGHAN INDUSTRIAL
PO BOX 850001
ORLANDO, FL 32885-0330


CANON FINANCIAL SERVI
14904 COLL. CTR DR.
CHICAGO, IL 60693


CARPENTER & BROWN, P.
701 E COMMERCIAL BLV
FT LAUDERDALE, FL 33334


CARPENTERS FRINGE BEN
P.O.BOX 4001
GENEVA, IL 60134-4001


CEDAR SIDING & LUMBER
5600 EAGLE WAY
CHICAGO, IL 60678-1056


CEMEX - CONCRETE
PO BOX 905875
CHARLOTTE, NC 28290-5875


CHICAGO CARPENTERS TR
P.O.BOX 94432
CHICAGO, IL 60690


CINTAS
5100 26TH AVENUE
ROCKFORD, IL 61109


CITICORP LEASING, INC.
450 MAMARONECK AVENUE
Harrison, NY 10528
```

```
CITY OF BELVIDERE
401 WHITNEY BLVD.
SUITE 200
Belvidere, IL 61008


COMED
Bill Payment Center
Chicago, IL 60668


CONSTRUCTION INDUSTRY
P.O. BOX 71031
CHICAGO, IL 60694-1031


CRYSTAL CLEAN PARTS W
13621 COLLECT CNT DR
CHICAGO, IL 60693-0136


CULPEPER WOOD
P.O. BOX 79348
BALTIMORE, MD 21279-0348


CUSTOM FABRICATIONS,
1625 WELD RD, STE G
ELGIN, IL 60123


DDN INDUSTRIES,INC
2155 STONINGTON
HOFFMAN ESTATES, IL 60169-2058


DELTA DENTAL PLAN OF
P.O. BOX 805275
CHICAGO,, IL 60680-5275


DJT, LLC



DONALD BOETTCHER
409 DOUGLAS STREET
Belvidere, IL 61008


EMBRAER AIRCRAFT HOLD
PO BOX 409764
ATLANTA, FL 30384-9764
```

```
EMPIRE WHOLESALE LUMB
P.O. BOX 72474
CLEVELAND, OH 44192-2474


EQUIPMENT DEPOT OF IL
DEPARTMENT 6059
CAROL STREAM, IL 60122-6059


ERVIN LEASING COMPANY
3893 RESEARCH PARK DRIVE
Ann Arbor, MI 48108


EVERGLADES EQUIPMENT
PO BOX 460969
FT LAUDERDALE, FL 33346


F & F TIRE WORLD
520 LOGAN AVE.
BELVIDERE, IL 61008


F&F TIRE WORLD
520 LOGAN AVE
BELVIDERE, IL 61008


FASTENAL
2337 NEWBURG RD
BELVIDERE, IL 61008


FIFTH THIRD BANK
1701 W. GOLF ROAD, TOWER 1
Rolling Meadows, IL 60008


FIRST AMERICAN BANK
1650 Louis Avenue
Elk Grove Village, IL 60007


FLEET PRODUCTS LAKELA
2700 S COMBEE RD
LAKELAND, FL 33803


FRONTIER
P.O. BOX 105068
Phoenix, AZ 85062
```

```
G-PLEX, INC.
PO BOX 2244
TUSCALOOSA, AL 35403


GECF BUSINESS PROPERT
P.O. BOX 402363
ATLANTA, GA 30384-2363


GECF BUSINESS PROPERTY
PO BOX 402363
Atlanta, GA 30384


GENERAL ELECTRIC CAPI
P.O. BOX 640387
PITTSBURGH, PA 15264-0387


GENERAL ELECTRIC CAPITAL
PO Box 640387
Pittsburgh, PA 15264


GENERAL ELEVATOR SALE
10801 SATELLITE BLVD
ORLANDO, FL 32837-8448


HAMILTON COMPANY
PO BOX 2059
WINTERHAVEN, FL 33883-2059


HD SUPPLY, INC
3100 CUMBERLAND BLVD
ATLANTA, GA 30339


HILTI INC.
P.O. BOX 382002
PITTSBURGH, PA 15250-8002


HOKE COUNTY TAX COLLE
PO BOX 217
RAEFORD, NC 28376-0217


HORIZON DISTRIBUTORS
1890 CHRYSLER DR
BELVIDERE, IL 61008
```

```
HUGHES TOOL SUPPLY
1208 U.S. HWY 41 N.
LUTZ, FL 33549-2925


HYPEN SOLUTIONS
P.O. BOX 849936
DALLAS, TX 75284-9936


I.W.I. MOTOR PARTS
155 N CRESCENT RIDGE
DUBUQUE, IA 52  3


IKON FINANCIAL SERVICES
1738 BASS ROAD
Macon, GA 31210


IMPERIAL CREDIT CORP.
SUITE 500
CARY, NC 27513


INDUSTRIAL POWER, INC
703 WHITFIELD ST
FAYETTEVILLE, NC 28306


INTEGRATED SYSTEMS RE
1502 JOH AVENUE
BALTIMORE, MD 21227


INTELLIGENT BUILDING
75 REMITTANCE DRIVE
CHICAGO, IL 60675-6250


ITW BUILDING COMPONEN
P.O.BOX 3129
CAROL STREAM, IL 60132-3129


JANI-KING OF MIAMI IN
4000 HOLLYWOOD BLVD
HOLLYWOOD, FL 33021


JEFF MIDDLETON
```

JIM GUSTAFSON
3150 EAST END
Waukegan, IL 60087


JOHN NEUMULLER



K.C. BUILDING SUPPLY,
2286 BRUNER LANE
FT MYERS, FL 33912


KEN THILMONT
N2020 CITY ROAD, LT 431
Lake Geneva, WI 53147


LEACH ENTERPRISES, IN
4304 ROUTE 176
CRYSTAL LAKE, IL 60014


MANUEL ROBLEDO
1366 BLACKHAWK DRIVE
Elgin, IL 60120


MARSH USA INC.
PO BOX 281404
ATLANTA, GA 30384-0001


MC SQUARED ENERGY
P.O. BOX 25225
Lehigh Valley, PA 18002


MCGEE TIRE STORE
PO BOX 2230
EATON PARK, FL 33840


McGUIRE WOODS, LLP
c/o EDWIN E. BROOKS, ESQ.
77 WEST WACKER DRIVE
SUITE 4100
Chicago, IL 60601-1818


MELLON US LEASING
44 OLD RIDGEBURY ROAD
Danbury, CT 06810

```
MID-CITY OFFICE PRODU
P.O. BOX 957
ROCKFORD, IL 61105-0957


MODERN CONCRETE, INC
PO BOX 666925
POMPANO BEACH, FL 33066


MOTION INDUSTRIES, IN
P.O. BOX 98412
CHICAGO, IL 60693


MR. GOODWATER
596 N. APPLETON RD.
BELVIDERE, IL 61008


NAP TOOLS LLC
75 REMITTANCE DRIVE
CHICAGO, IL 60675-6639


NETCOM BUSINESS SOLUT
PO BOX 170
FAYETTEVILLE, NC 20301


NEW SUPPLIES CO.
P.O. BOX 129
LEMONT, IL 60439-9998


NEXUS OFFICE SYSTEMS,
898 FEATHERSTONE RD.
ROCKFORD, I 611 763


NICOR GAS
BILL PAYMENT CENTER
P.O. BOX 632
Aurora, IL 60507


NICOR, INC.
75 REMITTACE DRIVE
SUITE 1101
Chicago, IL 60675


ONLINE TECHNOLOGY MAN
5722 S FLAMINGO RD
FT LAUDERDALE, FL 33333
```

```
PALATINE OIL
900 NATIONAL PKWY
SCHAUMBURG, IL 60173


PALATINE OIL CO., INC.
900 NATIONAL PARKWAY
SUITE 260
Schaumburg, IL 60173


PARKSITE INC.
6982 PAYSPHERE CRCL
CHICAGO, IL 60674


PITNEY BOWES
2225 AMERICAN DRIVE
Neenah, WI 54956


PREFERRED MATERIALS,I
PO BOX 198350
ATLANTA, GA 30384-8350


PRO-BUILD
204 W. WHEATON AVE.
YORKVILLE, IL 60560-0459


QUEST DIAGNOSTICS
P.O. BOX 740709
ATLANTA, GA 3 374 7 9


RAYONIER WOOD PRODUCT
PO BOX 102951
ATLANTA, GA 30368-2951


REGISTRY TWO
PO BOX 198325
ATLANTA, GA 30384-8325


RING POWER CORPORATIO
PO BOX 935004
ATLANTA, GA 31193-5004


RIORDAN,FULKERSON,HUP
30 N. LASALLE ST.
CHICAGO, IL 60602
```

```
ROCK RIVER DISPOSAL
BOX 673045
MILWAUKEE, WI 53267-3045


ROCKFORD CHEMICAL COM
915 W. PERRY ST.
BELVIDERE, IL 61008


ROLLS-ROYCE CORPORATI
PO BOX 1029500
ATLANTA, GA 30368


SHERWIN WILLIAMS
4923 E. STATE ST.
ROCKFORD, IL 61108-2210


SIMPSON STRONGTIE
P.O.BOX 45687
SAN FRANCISCO, CA 94145-0687


SPRINT (NEXTEL)
P.O. BOX 4181
Carol Stream, IL 60197


STAFFORD INSPECTION
14418 ROXANE DRIVE
ORLANDO, FL 32832


STAND GUARD
P.O. BOX 974861
DALLAS, TX 75397-4861


STRONGHOLD
12189 BALLS FORD RD
MANASSAS, VA 20109


STUART PAINT & SUPPLY
P.O. BOX 1177
JENSEN BEACH, FL 34958


SUNCOAST CONTRACTORS
3160 KUTAK ROAD
FORT MYERS, FL 33916
```

```
SWEET'S HARDWARE
19 SPIRIT LAKE ROAD
WINTER HAVEN, FL 33880


SY'S SUPPLIES, INC.
235 NORTH JOG ROAD
WEST PALM BEACH, FL 33413


THE AGENCY STAFFING
261 KEYES AVENUE
HAMPSHIRE,, IL 60140


THE CERTEX CO., INC.
SUITE 100
CENTENNIAL, CO 80112


THE ENCLAVE AT GRASSL
PO BOX 2597
LAKELAND, FL 33806-2597


TIRES PLUS
PO BOX 403726
ATLANTA, GA 30384-3726


TOM McCARVILLE
P.O. BOX 1012
Silver Lake, WI 53170


TOUSA, INC.
c/o PAUL SINGERMAN, ESQ.
BERGER SINGERMAN
350 EAST LAS OLAS BLVD., SUITE 1000
Fort Lauderdale, FL 33301


TOYOTA MOTOR CREDIT CORPORATION
P.O. BOX 3457
Torrance, CA 90510


TRISTAR COMMUNICATION
1441 SW 12TH AVENUE
POMPANO BEACH, FL 33069


UBC NATIONAL FUNDS LO
P.O. BOX 94449
CHICAGO, IL 60690
```

```
UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UNITED SANITATION SER
6862 BELFORD IND. DR
BELVIDERE, IL 61008


UNIVERSAL FOREST PROD
33373 TREASURY CNTR.
CHICAGO, IL 60694-3300


VILLAGE OF ARLINGTON



VILLAGE OF BRIDGEVIEW



VILLAGE OF GILBERTS



VILLAGE OF MONTGOMERY



W W GRAINGER INC
DEPT 806150173
KANSAS CITY, MO 64141-6267


W. L. PROPERTIES
2168 ANDREA LANE
FT MEYERS, FL 33912


W.W.GRAINGER INC
806150173
PALATINE, IL 60038-0001


WACHOVIA BANK, NATIONAL ASSOCIATION
225 WATER STREET
Jacksonville, FL 32202


WADE TOOL & SUPPLY CO
5520 W TOUHY UNIT K
SKOKIE, IL 60077
```

```
WEBB'S TOWING & RECOV
3025 E MAIN STREET
LAKELAND, FL 33801


WEST FRASER, INC.
PO BOX 951646
DALLAS, TX 75395-1646


WEYERHAEUSER
PO BOX 843568
DALLAS, TX 75284-3568


WEYERHAUSER
PO BOX 843568
DALLAS, TX 75284-3568


WILL COUNTY CARP DIST
50 W JEFFERSON ST
JOLIET, IL 60432


WILLIAM RIGGS



WOLF CHEVROLET
1800 N. STATE ST.
BELVIDERE, IL 61008


WOOLF DIST. CO.
8550 RIDGEFIELD RD.
CRYSTAL LAKE, IL 60012
```