UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                                          CASE NO. 10-42604-RBR

CARPENTER CONTRACTORS
OF AMERICA, INC., d/b/a R & D THIEL,                      CHAPTER 11

Debtor.
_____/

# DECLARATION OF BILL FRITSCH
# IN SUPPORT OF FIRST DAY MOTIONS

1. My name is Bill Fritsch, I am the vice president and director of Carpenter Contractors of America, Inc., d/b/a R & D Thiel, ("Carpenter Contractors" or the "Debtor").

2. I am over the age of 18 and make the following declaration based upon my personal knowledge of the information contained herein.

3. On October 25, 2010 (the "Petition Date"), Carpenter Contractors filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

4. I make this declaration in support of Carpenter Contractors' *Motion for Entry of Interim & Final Orders Authorizing Use of Cash Collateral, Motion for Order Authorizing Continued Use of its Business Forms, Motion for Order Establishing Procedures to Permit Payment of Interim Fees Apps. Of Ch. 11 Professionals, Motion Authorizing Payment of Pre-petition Wages, Salaries and Other Benefits, and Motion for Authority to Continue Use of Bank Accounts, Application for Interim & Final Order Authorizing the Employment & Retention of CPP & the Law Firm of RPRS, and Ex-Parte Motion for Joint Administration & Intra-District Transfer of Ch.11 Cases.* ("First Day Motions").

5.      Carpenter Contractors, an Illinois corporation, provides carpentry services to builders of new homes in Illinois and Florida. In addition, Carpenter Contractors manufactures building components and distributes construction materials in the above locations as well as in North Carolina.

6.      The Debtor's corporate headquarters are located at 941 SW 12th Ave., Pompano Beach, Florida 33880.

7.      The Debtor's business consists of providing carpentry services and supplying buildings components and construction materials to very large, publicly traded homebuilders.

8.      The Debtor receives substantially all of its income from subcontracting carpentry services and sells of building components and construction materials to homebuilders and developers.

9.      The Debtor must continue to obtain and sell inventory in order to continue production of and maintain consistency with regard to the construction materials which it sells to homebuilders and/or customers.

10.     The vast majority of the Debtor's supplies are obtained from certain specific vendors with whom the Debtor does business.

11.     Likewise, the Debtor is not in arrears to the payments to its employees.

12.     The Debtor pays its employees on a weekly cycle. The last payroll was paid to employees on October 20, 2010. This payroll covered the week period ending on October 16, 2010.

13.     The Debtor must be able to pay its employees their salaries and wages, including the pre-petition portion, without interruption, so as to avoid a precipitous loss of morale, or even

a complete walk-out – either of which would result in a severe disruption to the Debtor's business operations.

    14.    The 30 day budget submitted to the Court in connection with the request to use cash collateral was prepared at my direction. I have reviewed such budget, and it is accurate to the best of my knowledge and information.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct to the best of my information and knowledge.

Executed on October 27, 2010.

_____
Bill Fritsch, as Vice President/Director of Carpenter Contractors of America, Inc., d/b/a R & D Thiel

**CARPENTER CONTRACTORS OF AMERICA, INC**
WEEKLY CASH FLOW

|  | WEEK ENDING 10/30/2010 | WEEK ENDING 11/6/2010 |
|---|---:|---:|
| BEGINNING BALANCE | 391,401 | 318,471 |
| PROJECTED CASH RECEIPTS | 1,408,799 | 1,948,000 |
| MATERIAL | 635,227 | 878,353 |
| LABOR AND FRINGES | 291,481 | 403,041 |
| MATERIAL HANDLING | 11,975 | 16,558 |
| REPAIRS AND MAINTENANCE | 5,591 | 7,731 |
| OUTSIDE ENGINEERING SERVICES | 8,266 | 11,429 |
| FASTENERS AND BANDING | 12,885 | 17,816 |
| VAN AND TRUCK EXPENSES | 12,155 | 16,808 |
| OTHER SHIPPING EXPENSES | 4,862 | 6,723 |
| OTHER PRODUCTION EXPENSES | 56,887 | 78,660 |
| INSURANCE | 54,500 | 54,500 |
| UTILITIES | 15,300 | 15,300 |
| MECHANICS | 3,300 | 3,300 |
| BUILDING EXPENSE | 19,300 | 19,300 |
| OFFICE SALARIES | 202,500 | 202,500 |
| PAYROLL TAXES | 12,500 | 12,500 |
| OFFICE EXPENSE | 16,000 | 16,000 |
| AUTOS | 5,500 | 5,500 |
| INSURANCE AND OTHER TAXES | 4,750 | 4,750 |
| TRAVEL & ENTER. | 4,000 | 4,000 |
| BLDG EXPENSES | 10,750 | 10,750 |
| LEGAL & AUDIT | 23,250 | 23,250 |
| DATA PROCESSING | 6,250 | 6,250 |
| INTEREST | 28,500 | 28,500 |
| AIRCRAFT EXPENSES (NET) | 36,000 | 31,250 |
|  | 1,481,729 | 1,874,769 |
| NET CASH IN (OUT) | (72,930) | 73,231 |
| ENDING CASH BALANCE | 318,471 | 391,702 |