UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

CARPENTER CONTRACTORS
OF AMERICA, INC., R & D THIEL, et al.,

Debtors.
_____/

CASE NO. 10-42604-RBR
CHAPTER 11
(Jointly Administered)

## CHAPTER 11 CASE MANAGEMENT SUMMARY

In compliance with Local Rule 2081-1(B) Carpenter Contractors of America, Inc. ("Carpenter Contractors" or "Debtor"), files this Chapter 11 Case Management Summary and states:

The following data represents approximations for background information only and the information may represent the Debtor's best estimate in response to some of the ensuing questions.

1. Date of Order for Relief under chapter 11 is October 25, 2010

2. Names, case numbers and dates of filing of related Debtors: CCA Midwest, Inc., Case No. 10-42630-JKO[1], petition filed on October 26, 2010.

3. Description of Debtor's business is as follows:

    Carpenter Contractors of America, Inc., manufactures building components, distributes materials and provides carpentry services to new home builders throughout Florida, Illinois and North Carolina.

4. Locations of Debtor's operations and the business premises are:

    The Debtor's Principal place of business is located at 941 SW 12th Avenue, Pompano Beach, FL 33069; however significant assets are also located at 2340 Newburg Road, Belvidere, IL 61008; 190 Gillis Hill Road, Fayetteville, NC 28306; and 3900 Avenue G, N.W., Winter Haven, FL 33880.

5. Reasons for filing chapter 11:

    This action arose out of the refusal of CCA's principal lender, First American Bank, to extend reasonable terms to CCA and to allow CCA sufficient time to obtain

---

[1] Please note case transferred to Judge Ray, pursuant to the *Order Granting Ex-Parte Motion for Jointly Administering and Inter-District Transfer of Chapter 11 Cases* (DE #25), dated October 27, 2010.

alternate financing after its loan matured and renewal was turned down. CCA has never defaulted on its payments to the lender and was current with all of its vendors. The lender is over-secured.

6. List of officers and directors, if applicable, and their salaries and benefits at the time of filing and during the 1 year prior to filing:

|  | **Salary 2010** |
|---|---|
| Donald L. Thiel, Chairman/President/Director | $ 0.00 |
| Kenneth B. Thiel, Director | $ 0.00 |
| Terrance Smith, Secretary/Treasurer/VP/Director | $ 99,250.00 |
| Judith Thiel, Director | $ 31,882.00 |
| Maria Cornelius, Vice President | $ 93,252.00 |
| Bill Fritsch, Vice President/Director | $100,970.00 |

7. Debtor's fiscal or calendar year to date gross income and the Debtor's gross income for the calendar or fiscal year prior to the filing of this petition: $51,003,000

8. Amounts owed to various creditors:

   a. Obligations owed to priority creditors including priority tax obligations: $149,233 (approximately)

   b. With respect to creditors holding secured claims, the name of and amounts owed to such creditors and a description and estimated value of all collateral of the debtor securing their claims, and secured: $12,972,005.00 (approximately)

   c. Amount of unsecured claims: $13,096,767 (approximately)

9. General description and approximate value of the Debtor's assets:

   Cash, A/R, Inventory, WIP, Property, Plant & Equipment (net of depreciation): $49,569,000 (determined at book value-fair market value significantly higher/being determined)

10. List of all insurance policies, the property covered under the policy, the name of the insurer, the policy number, amount of coverage, whether the premium is current, the date the next premium is due and date the policy expires:

    See Attached Schedule "A"

11. Number of employee amounts of wages owed as of petition date:

    480 Employees and gross payroll including payroll taxes for week ending October 23, 2010, are $328,331.

12. Status of Debtor's payroll and sales tax obligations, if applicable. This does not eliminate the obligation of Chapter 11 Debtor (other than individuals not engaged in business) to provide the more detailed payroll tax information required by Local Rule 2081-1(A): All Payroll and Sales Taxes are current.

13. Anticipated emergency relief to be requested within 14 days from the petition date: Cash collateral; critical vendors; payroll and related first day motions.

Dated this 3rd day of November, 2010.

CARPENTER CONTRACTORS OF AMERICA, INC.,
d/b/a R & D THIEL

By: _____
Bill D. Fritsch, Vice President/Director


RICE PUGATCH ROBINSON & SCHILLER, P.A.
Counsel for the Debtor in Possession
101 NE 3rd Ave., Suite 1800
Fort Lauderdale, FL 33301
Telephone:   (954) 462-8000
Facsimile:    (954) 462-4300

By: /s/ Chad P. Pugatch
    Chad P. PUGATCH
    Florida Bar No.: 220582


### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by the Court's CM/ECF system to all parties who receive notice by this method and via US Mail to all parties on the attached service list dated this 3rd day of November, 2010.

By: /s/ Chad P. Pugatch

**Carpenter Contractors of America, Inc.**
**Insurance Coverage**
October 2, 2010

| Type of Coverage | Carrier | Policy Number | From | To |
|---|---|---|---|---|
| ✓ Property | Lumbermans | 313680 | 12/31/2009 | 12/31/2010 |
| ✓ Boiler & Machinery | Travelers Casualty & Surety | 5972P383 | 12/31/2009 | 12/31/2010 |
| ✓ Auto | XL Insurance American | MAG0032208 | 7/1/2010 | 7/1/2011 |
| ✓ General Liability | Navigators Insurance Co | CE08CGL012030-02 | 7/1/2010 | 7/1/2011 |
| ✓ Umbrella | Everest Indemnity Insurance Co | 71C2000216-101 | 7/1/2010 | 7/1/2011 |
| ✓ Excess Umbrella | Star Indemnity & Liability | ST60246-003 | 7/1/2010 | 7/1/2011 |
| ✓ Fiduciary | Travelers Casualty & Surety | 105186780 | 9/10/2008 | 9/10/2011 |
| ✓ Crime Policy | Federal Insurance Company | 8209-6559 | 1/31/2009 | 1/31/2010 |
| ✓ Storage Tanks Liability | Zurich American Insurance | USC3512064 | 2/19/2009 | 2/18/2010 |
| ✓ W/C IL Excess R&D Thiel | Risk Management Assoc | RMA-WC-038-10 | 7/1/2010 | 12/31/2010 |
| ✓ W/C IL Excess CCA Midwest, Inc. | Risk Management Assoc | RMA-WC-039-10 | 7/1/2010 | 12/31/2010 |
| ✓ NC/WI Workers Comp | XL Insurance American | MWG0032207 | 7/1/2010 | 7/1/2011 |
| ✓ W/C FL Excess | Midwest Employers Casualty | EWC008089 | 1/31/2010 | 1/31/2011 |
| ✓ Aircraft Liability & Property | Allianz Aviation Managers | A4GA000498710AM | 7/30/2010 | 7/30/2011 |



EXHIBIT 4