UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:                                                    CASE NO. 10-42604-RBR
                                                          CHAPTER 11
CARPENTER CONTRACTORS                                     (Jointly Administered)
OF AMERICA, INC., d/b/a R & D THIEL, et al.,

                    Debtors.
_____/

### DEBTOR'S MOTION FOR AUTHORIZATION TO ENTER INTO A NEW COLLECTIVE BARGAINING AGREEMENT WITH CHICAGO REGIONAL COUNCIL OF CARPENTERS, AFFILIATED LOCAL UNION 792 OF THE UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA

Debtor in Possession, Carpenter Contractors of America, Inc., d/b/a R & D Thiel ("Carpenter Contractors") (the "Debtor"), by and through undersigned counsel, moves for entry of an Order for authorization to enter into a New Collective Bargaining Agreement with Chicago Regional Council of Carpenters, Affiliated Local Union 792 of the United Brotherhood of Carpenters and Joiners of America (the "Union") pursuant to 11 U.S.C. § 363(b)(1) of the Bankruptcy Code and Bankruptcy Rule 6004. In support of this Motion the Debtor respectfully set forth herein and states:

1.      On October 25, 2010 (the "Petition Date"), the Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code.

2.      The Debtor is operating its business as debtor-in-possession pursuant to 11 U.S.C. §§ 1107 and 1108.  No trustee or examiner has been appointed to date

3.      Carpenter Contractors, an Illinois corporation, provides carpentry services to builders of new homes in Illinois and Florida.  In addition, Carpenter Contractors manufactures building components and distributes construction materials in the above locations as well as in

North Carolina.

4.     The Debtor's corporate headquarters are located at 941 SW 12th Ave., Pompano Beach, FL 33880.

5.     The Debtor receives substantially all of its income from providing carpentry services and by supplying building components and construction materials to very large, publicly traded homebuilders.

6.     Prior to the petition date, the collective bargaining agreement between the Debtor and the Union expired (the "Original CBA"). The Original CBA was effective from December 7, 2009 through September 30, 2010. After extensive negotiations, the parties have reached an agreement on a new collective bargaining agreement (the "New CBA") which amends several terms of the Original CBA. The New CBA and the amended terms are attached hereto as Composite Exhibit "A". The New CBA will be effective from April 11, 2011 through September 30, 2011.

7.     By this motion, the Debtor request entry of an order, pursuant to section 363(b) of the Bankruptcy Code authorizing the Debtor to enter into the New CBA. Section 363(b)(1) of the Bankruptcy Code provides, in pertinent part that, "[t]he trustee, after notice and a hearing, may use, sell or lease, other than in the ordinary course of business property of the estate." 11 U.S.C. § 363(b)(1). The use, sale, or lease of property of the estate, other than in the ordinary course of business, is authorized when there is sound business justification for such action. *See Comm. of Equity Sec. Holders v. Lionel Corp. (In re Lionel Corp.)*, 722 F.2d 1063, 1071 (2d Cir. 1983); *In re Phoenix Steel Corp.*, 82 B.R. 334, 335-36 (Bankr. D. Del. 1987) (stating that judicial approval under section 363 of the Bankruptcy Code requires a showing that the proposed action is fair and equitable, in good faith and supported by good business reason).

8.    The business judgment rule is a "policy of judicial restraint born of the recognition that directors are, in most cases, more qualified to make business decisions than are judges." *Int'l Ins. Co. v. Johns*, 874 F.2d 1447, 1458 n.20 (11th Cir. 1989). In that regard, "[w]here the debtor articulates a reasonable basis for its business decisions, courts will generally not entertain objections to the debtor's conduct." *See Comm. of Asbestos-Related Litigants v. Johns-Manville Corp. (In re Johns-Manville Corp.)*, 60 B.R. 612, 616 (Bankr. S.D.N.Y. 1986).

9.    In this case, the Debtor's decision to enter into the New CBA is supported by sound and reasonable business judgment and is in the best interests of the Estate, especially in light of the substantial savings the Debtor will receive on labor cost under the New CBA. For example, the parties agreed that employees hired prior to October 1, 2009 shall have a pension rate of $2.35 per hour, reducing the pension rate by $1.65 per hour.

10.    Further, the parties agreed that employees hired prior to October 1, 2009 are entitled to five (5) paid holidays eliminating two previously paid holidays. Also, the parties have agreed that wages will be frozen for the term of the New CBA. The Debtor believes that the New CBA will provide substantial savings, as discussed herein, and will impact and increase the Debtor's likelihood to successfully reorganize.

11.    For the reasons stated herein, the Debtor's management believes that the relief requested in this motion is in the best interests of its bankruptcy estate which will receive a direct benefit from the New CBAs substantial savings.

WHEREFORE, the Debtor requests that the Court enter an Order pursuant to 11 U.S.C. § 363(b)(1) authorizing the Debtor to enter into the New CBA between the Debtor and the Union and for such other and further relief as this Court deems just and proper.

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A).

Respectfully submitted this 14th day of April, 2011.

> **RICE PUGATCH ROBINSON & SCHILLER, P.A.**
> Attorneys for the Debtors
> 101 NE 3rd Ave., Suite 1800
> Fort Lauderdale, FL 33301
> Telephone:    (954) 462-8000
> Facsimile:    (954) 462-4300
>
> By: /s/ Chad P. Pugatch
>      CHAD P. PUGATCH
>      Florida Bar No. 220582
>      CHRISTIAN SAVIO
>      Florida Bar No. 0084649

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via the Court's CM/ECF system to the parties who receive notice by this method and all creditors on the attached service list this 14th day of April, 2011.

> By: /s/ Chad P. Pugatch

April 11, 2011          **R & D Thiel and Carpenters Union Local 790**
                        **Ratified Amendments to Collective Bargaining Agreement**
                        **For Term April 11, 2011 through September 30, 2011**

**Amendments to the expiring Collective Bargaining Agreement agreed to by the Company and Union as Ratified by the Membership are as follows:**

1.  **Term:** The parties are in agreement with a one (1) year term effective upon the date of ratification by the Union and the express Bankruptcy Court approval and confirmation. The Agreement expires on September 30, 2011.

2.  **Health/Welfare Rate Increase:** The parties agree that the $0.35 rate increase will be funded by reducing the pension rate from $4.35 to $4.00 for those currently eligible for pension. For employees not eligible for pension the funding of the $0.35 will be diverted from the wage rate.

3.  **Wages:** The parties agree that wages will be frozen for the term.

4.  **Pension:**
    *   The parties agree that there shall be no pension contribution for employees hired after 10/1/2009. Employees hired prior 10/1/2009 shall have a pension rate of $2.35 per hour (reducing the pension rate by $1.65 per hour + the diverted $0.35 per hour to health and welfare as referenced in #2 above).
    *   Amend Art XIV line 332 to state that contributions to be forwarded to the fund no later than the 25th day of the following month.

5.  **Health/Welfare:**
    *   Parties agree that the contribution rate will be $6.90 ($0.35 funding increase diverted from pension or wages).
    *   Amend Art XIV line 332 to state that contributions to be forwarded to the fund no later than the 25th day of the following month.

6.  **Holidays:** The parties agree that employees hired prior to 10/1/2009 are entitled to five (5) paid holidays (eliminating New Years Day and the Friday after Thanksgiving).

7.  **Probation Period:** The parties agree that the probation period is amended from 90 to 120 days and clarify that fringe benefit contributions for those who become eligible will commence on the 121st day.

8.  **Restoration Agreement:** The parties agree to eliminate.

9.  **Implementation of this Collective Bargaining Agreement is subject to and conditioned on express approval and confirmation of the Bankruptcy Court Chapter 11 proceeding, Southern District of Florida #10-42604-RBR.**

10. **The Union recommends to the membership full and complete ratification of the above listed amendments to the 2010 CBA.**

11. **The above amendments were ratified and approved by the membership on April 11, 2011 at 1:40pm.**



**EXHIBIT**

tabbies®

A



FEB 0 3 2010

# COLLECTIVE BARGAINING AGREEMENT

## BETWEEN

**R & D THIEL  A DIVISION OF CARPENTER CONTRACTORS OF AMERICA INC
BELVIDERE , ILLINOIS**

## AND

## CHICAGO
## REGIONAL COUNCIL OF CARPENTERS

### United Brotherhood of Carpenters &
### Joiners of America

## EFFECTIVE DECEMBER 7, 2009 THROUGH
## SEPTEMBER 30, 2010

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

AGREEMENT ........................................................................3

ARTICLE I                                                                 3
    ARTICLE I, SECTION 1 RECOGNITION.................................3
    ARTICLE I, SECTION 2 UNION SHOP AND DUES CHECKOFF .................3
    ARTICLE I, SECTION 3 CONFINEMENT OF WORK .......................3
    ARTICLE I, SECTION 4 PROBATION...................................4

ARTICLE II SUCCESSORSHIP CLAUSE                                            4
ARTICLE III                                                               4
ARTICLE IV MANAGEMENT RIGHTS                                              4
ARTICLE V                                                                 5
    ARTICLE V, SECTION 1 ONSITE INJURY ..............................5
    ARTICLE V, SECTION 2 OVERTIME...................................5
    ARTICLE V, SECTION 3 SHIFT DIFFERENTIAL ........................5
    ARTICLE V, SECTION 4 PAY DAY ...................................5
    ARTICLE V, SECTION 5 POWER OUTAGE/BREAK DOWNS ..................5
    ARTICLE V, SECTION 6 REST PERIOD/LUNCH PERIOD .................5
    ARTICLE V, SECTION 7 WAGES .....................................5

ARTICLE VI WORK WEEK                                                      6
ARTICLE VII LAYOFF AND PROBATIONARY EMPLOYEES                             6
    ARTICLE VII, SECTION 1 STEWARD LAYOFF ..........................6
    ARTICLE VII, SECTION 2 LAYOFF AND RECALL PROCEDURE..............7
    ARTICLE VII, SECTION 3 PROBATIONARY EMPLOYEES .................7

ARTICLE VIII DISCHARGE                                                    7
ARTICLE IX GRIEVANCE PROCEDURE AND CONDUCT OF UNION BUSINESS              7
    ARTICLE IX, SECTION 1 GRIEVANCE PROCEDURE .....................7

ARTICLE X SHOP STEWARD                                                    8
ARTICLE XI NO STRIKE CLAUSE                                               8
ARTICLE XII LEAVE OF ABSENCE/BULLETIN BOARD                               8
    ARTICLE XII, SECTION 1 LEAVE OF ABSENCE .......................8
    ARTICLE XII, SECTION 2 MILITARY LEAVE..........................8
    ARTICLE XII, SECTION 3 UNION BULLETIN BOARD ...................9

ARTICLE XIII                                                              9
    ARTICLE XIII, SECTION 1 HOLIDAYS, PERSONAL DAYS, BEREAVEMENT........9
    ARTICLE XIII, SECTION 2 VACATION...............................9
    ARTICLE XIII, SECTION 3.........................................10
    ARTICLE XIII, SECTION 4 .......................................10
    ARTICLE XIII, SECTION 5 VACATION SCHEDULE AND PLANT SHUTDOWN...........11

ARTICLE XIV WELFARE AND RETIREMENT                                        11
ARTICLE XV CONFLICT WITH LAW                                              13
ARTICLE XVI NON DISCRIMINATION                                            13
ARTICLE XVII UNION LABEL CLAUSE                                           13
ARTICLE XVIII MUTUAL AGREEMENT                                            14
ARTICLE XIX DURATION AND TERMINATION                                      14

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

# AGREEMENT

This agreement made and entered into this 7th day of December 2009 and by and between R & D Thiel, a division of Carpenter Contractors of America, Inc, party of the first part hereinafter referred to as the Employer, and the Chicago Regional Council of Carpenters affiliated Local Union 792, of the United Brotherhood of Carpenters and Joiners of America, party of the second part, hereinafter referred to as the Union.

WHEREAS, all parties are desirous of preventing strikes and lock-outs and other cessation of work and employment and of maintaining a uniform and appropriate wage scale, working conditions and hours of employment of the Employer and of facilitating peaceful adjustment of all grievances which may arise from time to time between the Employer and it's employees and of promoting and improving peaceful industrial and economic relations between the parties. This contract is designed for component housing and the needs of factory production methods.

# ARTICLE I

## ARTICLE I, SECTION 1  RECOGNITION

The Employer recognizes the Union as the exclusive representative of all it's production and maintenance employees, employed in it's Belvidere, Illinois factory for the purpose of Collective Bargaining with respect to rates of pay, wages, and hours of employment but, excluding office clerical, guards, janitors, maintenance supervisors and management supervisors, in accordance with provisions of the Labor-Management Relations Act of 1947. Also, all employees that are engaged in the hauling or transporting of completed prefabricated construction units shall be excluded from this Bargaining Unit.

## ARTICLE I, SECTION 2  UNION SHOP AND DUES CHECKOFF

The Employer agrees that as a condition of continued employment, all present and future employees covered by this Agreement, shall become and remain members in good standing in the Union, no later than ninety (90) days following the bargaining of their employment or the effective date of the agreement, which ever is later.

The Employer agrees to deduct from the pay of all employees covered by this agreement, dues and initiation fees and/or uniform assessments of the Union and agrees to remit to the Union all such deductions. Where laws require written authorizations by the employee, the same is to be furnished in the form required. No deduction shall be made which is prohibited by applicable law.

## ARTICLE I, SECTION 3  CONFINEMENT OF WORK

Non-bargaining Unit employees shall not be permitted to perform work on any hourly rated job except in the following situations:
1) To instruct.
2) When starting and testing new equipment or systems, Non-bargaining unit workers may perform production work only as required to train them in their regular jobs.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

42  **ARTICLE I, SECTION 4  PROBATION**

43  A probationary employee shall work under the provisions of this Agreement but
44  shall be employed on a ninety (90) day trial basis, during which period he may be
45  discharged without further recourse subject to the grievance procedure set forth in
46  Article IX of this Agreement.

47  ## ARTICLE II SUCCESSORSHIP CLAUSE

48  This Agreement shall be binding upon the parties hereto, their successors
49  administrators, executors and assigns.  In the event the entire operation or any part
50  thereof is sold, leased, transferred or taken over by sale, transfer, lease, assignment,
51  receivership, or bankruptcy proceedings, such operation shall continue to be subject to
52  the terms and conditions of this Agreement for the life thereof.  The provisions of this
53  paragraph will not apply to the sale of assets.  The Employer shall give notice of the
54  existence of this Agreement to any purchaser, transferee, lessee, assignee, etc, of the
55  operation covered by this Agreement or any part thereof.  Such notice shall be in
56  writing with a copy to the Union at least thirty (30) days prior to the effective date for
57  any or all the above reasons.

58  ## ARTICLE III

59  The Employer agrees not to hire any outside agency to perform any work
60  covered by any employee herein for a lower rate of pay than called for in this
61  Agreement.  The parties agree that this Article is a material and substantial part of
62  this Agreement, and that the breach of any provision of this Article constitutes a
63  substantial breach of this Agreement.  The parties further agree that, upon any breach
64  of this Article by the Employer, the Union may as it's option, seek enforcement by the
65  Judicial determination or it may submit the Employer violation of this Article to
66  arbitration.  The paragraph will not apply when the Employer does not have capacity
67  to fill orders.

68  The Employer agrees not to enter into any agreement with another labor
69  organization during the life of this Agreement with respect to the employees covered
70  hereby; or collectively, which in any way conflicts with the terms or working
71  conditions of said employees or any individual employee or which in any way be
72  considered a proper subject for collective bargaining.  Any such agreement shall be
73  null and void.

74  ## ARTICLE IV  MANAGEMENT RIGHTS

75  The management of the plant will determine all matters of management policy,
76  plant and department operation, location, the direction of the working force regardless
77  of classification, the right to hire, suspend or discharge for just cause, promote,
78  transfer or lay-off employees or to increase or reduce the size of the working force, are
79  within the sole prerogative of the Employer; provided however that they will not be
80  used in violation of any specific provision of this Agreement.  The Employer shall be
81  sole judge of all matters pertaining to the products it manufactures, the schedules,
82  and standards of production, the methods, and materials to be used, except as
83  specifically provided in this Agreement.  Any dispute concerning this clause shall be
84  subject to the grievance procedure herein.

# ARTICLE V

### ARTICLE V, SECTION 1  ONSITE INJURY

An Employee will be paid for their entire shift when injured on the job and sent home by the doctor. A written notification from the doctor will suffice as proof of being sent as well as express permission for the subsequent absence from the job.

### ARTICLE V, SECTION 2  OVERTIME

An Employee shall be paid one and one half (1 ½) times their straight hourly rate for all hours worked in excess of eight (8) hours on any day, Monday through Friday. When an employee is working a 4 day 10 hour work week all time worked in excess of ten (10) hours shall be paid at overtime rates irrespective of the forty (40) hour requirement. The work week will be Monday through Thursday with the make up day being Friday. Work performed on Saturday will be paid one and one half (1 ½) times their hourly rate; (Unless there is an unexcused absence during that week). Two (2) times the straight hourly rate shall be paid for all work performed on Sunday.

### ARTICLE V, SECTION 3  SHIFT DIFFERENTIAL

Should there be other shifts in addition to the day shift, the Employer agrees to pay second shift employees a shift differential of an additional five (5) percent of their regular hourly rate of pay. Third shift employees shall be paid a shift differential of an additional seven (7) percent of their regular hourly rate. The option of four (4) nights at ten (10) hours each is available. Overtime will not be paid until forty (40) hours have been worked except as detailed in ARTICLE V, SECTION 2 above.

### ARTICLE V, SECTION 4  PAY DAY

All employees covered by this Agreement shall be paid in full each week no later than Friday of the following week. Each employee shall be provided with an itemized statement of his earnings and of all deductions made for any purpose.

### ARTICLE V, SECTION 5  POWER OUTAGE/BREAK DOWNS

If employees are sent home by employer, they shall receive pay to the end of the hour with a minimum of two (2) hours pay.

### ARTICLE V, SECTION 6  REST PERIOD/LUNCH PERIOD

All employees will be granted two (2) ten (10) minute rest periods with pay during the work day, as designated by the buzzer system and all employees will be granted a one half (1/2) hour unpaid lunch period per shift.

### ARTICLE V, SECTION 7  WAGES

Rates of pay provided by this Agreement shall be minimum. The minimum wage rate for all journeyman shall be as established in the wage and fringe benefit allocation sheet and increases shall be as outlined below::

Effective December 7, 2009 all current employees wages will be frozen at their current rate for the term of this agreement.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

| Effective Date December 7, 2009 | |
|---|---|
| Health & Welfare Fund contribution | Increase $0.40 per hour from $6.15 to $6.55 |
| Pension Fund contribution | *Decrease ($0.40)* per hour from $4.75 to $4.35 |
| | |

| NEW HIRE EMPLOYEES – Effective October 1, 2009 |
|---|
| 1st year (50% of journeyman wage rate) - $9.38 |
| 2nd year (60% of journeyman wage rate) - $11.25 |
| 3rd year (70% of journeyman wage rate) - $13.13 |
| 4th year (80% of journeyman wage rate) - $15.00 |
| 5th year (100% of journeyman wage rate) - $18.75 |

| FOREMAN RATE |
|---|
| $1.00 over journeyman wage rate |

No employee presently in the employ of the Employer on the date of signing of this Agreement shall suffer any reduction in the wage rate as a result of signing of this Agreement. Nothing in this Agreement shall prevent the Employer from paying individual employees over the minimum wage rate as established.

Any employee of the Employer sent out on installation work by the Employer shall be paid the prevailing outside union carpenter scale as paid in the locality in which the work is being done. In application of this it is mutually understood that minor corrections to work that have been in the shop are exempted.

## ARTICLE VI WORK WEEK

The work week shall commence at 12:00 a.m. on Sunday and end at 11:59 p.m. the following Saturday. The normal work week shall be eight (8) hours per day. There shall be an established starting and quitting time for each of the shifts and for each of the employees. The starting and quitting times of the various shifts and employees may be changed by the Employer by posting such notice at the time clock twenty four (24) hours in advance prior to the effective start date of the change. There shall be an established policy for computation of time in case an employee punches in after the regular starting time. The Union shall be notified in the establishment of this policy. A copy of the policy will be posted at the time clock and the bulletin board. The Employer may determine if necessary to start certain groups of work beyond the regular starting and quitting time of the main body of a shift.

## ARTICLE VII LAYOFF AND PROBATIONARY EMPLOYEES

### ARTICLE VII, SECTION 1  STEWARD LAYOFF

The Union Steward shall be the last shop person laid-off as is practicable and in harmony with production requirements.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

152 ## ARTICLE VII, SECTION 2  LAYOFF AND RECALL PROCEDURE

153 In the event of a reduction in the work force, said reduction shall be in accord
154 with the following procedure.

155 a.  Probationary employees shall be first to be layed off from employment

156 b.  When it is necessary to increase the work force, non probationary employees
157 shall be recalled to work prior to the company hiring new employees.

158 c.  The recall notification will be made by telephone, witnessed by the Union
159 Steward and/or certified letter with a twenty four (24) hour period to report from
160 receipt of the letter.

161 d.  It is the Employee's sole obligation to maintain a current telephone number
162 and current address on record with the company.

163 ## ARTICLE VII, SECTION 3  PROBATIONARY EMPLOYEES

164 Newly hired employees shall be probationary employees, (probationary
165 employees are defined as employees who have not held membership in the union or
166 been a member for ninety (90) days until completion of ninety (90) days worked in
167 service of the Employer.  After the ninety (90 day) probationary period has been
168 completed, the Employer agrees to pay health and welfare contributions.  The
169 Employer will not pay fringe benefits on probationary employees.  Upon the successful
170 completion of the probationary period, the Employer agrees to start making
171 contributions to retirement fund after one (1) year of service from date of hire.

172 ## ARTICLE VIII DISCHARGE

173 The Employer shall not discharge any employee without notifying the Steward.

174 ## ARTICLE IX GRIEVANCE PROCEDURE AND CONDUCT OF UNION
175 ## BUSINESS

176 ## ARTICLE IX, SECTION 1  GRIEVANCE PROCEDURE

177 Should differences arise between the Company and its employees, either
178 individually or collectively, or between the Company and the Union as to the meaning
179 or application of the provisions of this Agreement, an earnest effort shall be made to
180 settle any such differences at the earliest possible time by use of the following
181 procedure:

182 ♦ **STEP 1:** The aggrieved party shall present a written grievance to the
183 department supervisor, accompanied by the steward, within ten (10) working
184 days of the occurrence causing the grievance.

185 ♦ **STEP 2:** If not settled in Step No. 1, within four (4) working days the
186 employee, steward, union representative and company representative shall
187 meet.  This time frame may be extended by mutual agreement.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

◆ **STEP 3:** If not settled in Step No. 3 the dispute may be referred to the Federal Mediation Conciliation Service in accordance with their rules. The Company and the Union are to strike off names until one remains who will then be declared the arbitrator. The Arbitrator's powers shall be limited to the application and interpretation of this Agreement as written and he shall at all times be governed by the terms of this Agreement and shall have no power or authority to amend, alter or modify this Agreement in any respect. The arbitrator's decision shall be final and binding on the Company, the Union and the employees. The expenses of the arbitration shall be paid for by the loser of the arbitration.

## ARTICLE X SHOP STEWARD

The Employer recognizes the right of the Union to designate Shop Stewards or alternates to handle such Union business as may from time to time be delegated to them by the Union. The Shop Steward or alternate shall be an employee of the Employer. The Union and the Company shall agree on the number of stewards necessary to properly cover the shop. The Steward shall be appointed by the Union Business Representative. If and when a second (2nd) or third (3rd) shift exists, the Union Business Representative shall appoint a steward if there are more than twenty five (25) employees on either shift.

## ARTICLE XI NO STRIKE CLAUSE

During the term of this Agreement, the Union agrees that there shall be no strike, slowdown, work stoppage, total or partial for any cause whatsoever. The Employer agrees that during the term of this Agreement there shall be no lockout for any cause whatsoever.

## ARTICLE XII LEAVE OF ABSENCE/BULLETIN BOARD

### ARTICLE XII, SECTION 1  LEAVE OF ABSENCE

Any employee desiring leave of absence from their employment shall secure written permission from both the Union and the Employer. The maximum leave of absence shall be for thirty (30) days and may be extended for like periods. Permission for extension must be secured from both the Union and the Employer. During the period of absence, the employee shall not engage in gainful employment unless mutually agreed upon. Failure to comply with this provision shall constitute a voluntary quit. However, in no event will the Employer be required to re-employ a person who has been absent from work for any reason in excess of one (1) year. Employees will be required to utilize one (1) week of paid time (vacation or personal time) prior to beginning a leave of absence under the Family Medical Leave Act. This leave will be determined by the calendar year.

### ARTICLE XII, SECTION 2  MILITARY LEAVE

The Employer will observe federal laws.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

## ARTICLE XII, SECTION 3  UNION BULLETIN BOARD

The Employer shall make available to the Union a bulletin board for the posting of Union Notices and other Union matters, located in the lunch room or near the entrance or other areas most convenient to the employees.

# ARTICLE XIII

## ARTICLE XIII, SECTION 1  HOLIDAYS, PERSONAL DAYS, BEREAVEMENT

All employees except probationary employees shall be paid eight (8) hours pay for each of the following seven (7) holidays:  New Year's Day, Memorial Day, Independence Day (Fourth of July), Labor Day, Thanksgiving Day, the Friday after Thanksgiving, and Christmas Day or days celebrated as such.  In order to be eligible for holiday pay, the employee must work the regular scheduled work day preceding and following the holiday.  No employee shall be eligible to be paid for any of the said holidays if the employee, at the time the holiday falls is on leave of absence or has been on lay-off status for more than five (5) working days prior to the holiday.  If the employee is on lay-off status after the holiday or on leave of absence or vacation the pay will be added to the paycheck of the first pay period upon returning to work.

Employees hired after October 1, 2009 will be entitled to four (4) paid holidays Independence Day, Labor Day, Thanksgiving Day, and Christmas Day with the restoration opportunity for the remaining three (3) holidays (Thanksgiving Friday, New Years Day, and Memorial Day) per the attached side letter.

All employees will receive four (4) unpaid personal days per year.  Any employee who works on a holiday and is otherwise eligible to receive holiday pay, shall be paid time and one-half (1 ½) for such work performed on the holiday, in addition to the holiday pay, except for the Friday after Thanksgiving, however no one shall be required to work on any holiday.

An employee will be allowed paid bereavement time up to two (2) days for immediate family only, (Spouse, Spouses parents, natural children, natural parents, natural grandparents, natural siblings, step children, step parents, step grandparents, step siblings, and grandchildren).

## ARTICLE XIII, SECTION 2  VACATION

All eligible employees shall receive a vacation, with pay in accordance with the provisions hereinafter set forth:

a.  To be eligible for a vacation, an employee must have worked for the company at least one (1) year.  The vacation eligibility year shall commence from the employee's date of hire and end one (1) year thereafter.  To be eligible for a full vacation an employee must have worked during the current eligibility year at least one thousand eight hundred twenty (1820) hours.  An employee shall otherwise be entitled to a pro-rated vacation based on the percentage of hours worked as to one thousand eight hundred twenty-(1820) hours.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

b. Employees with one (1) year service but less than five (5) years service on their anniversary date shall receive one (1) weeks vacation with forty (40) hours at their regular rate. (Subject to paragraph (a) pro-ration.

c. Employees with five (5) year service but less than ten (10) years service on their anniversary date shall receive two (2) weeks vacation, eighty (80) hours pay at their regular rate. (Subject to paragraph (a) pro-ration).

d. Employees with ten (10) years  but less than fifteen (15) years of service upon their anniversary date shall receive one hundred (100) hours vacation pay at their regular rate. (Subject to paragraph (a) pro-ration).

e. All Employees hired prior to October 1, 2006 with more than fifteen (15) years service upon their anniversary date shall receive one hundred forty (140) hours vacation pay at their regular rate. (Subject to paragraph (a) pro-ration).

f. Employees hired after October 1, 2009 will have their vacation entitlement reduced by twenty percent (20%).

    (i)    1 to 5 years of service – 32 hours

    (ii)    5 to 10 years of service – 64 hours

    (iii)    10 to 15 years of service – 80 hours

    (iv)    15 years of service – 112 hours

Restoration of the twenty percent (20%) adjustment for vacation per the attached side letter.

g. Employees may take vacation one day at a time, if three (3) working days notice is given.

h. When working four (4) nights at ten (10) hours a day, vacation time will be paid at ten (10) if so noted on the time card.

## ARTICLE XIII, SECTION 3

Any Employee, who completes a full vacation year and quits or is terminated before taking his vacation, will receive the vacation pay to which he is entitled; at the time the Employee receives a final check.

In computing such credits, it shall be based on 1/12th of his normal yearly vacation payment, based on 1820 hours, with a maximum of 12/12th.  All other employees except as provided in this paragraph will receive their vacation pay in the first pay period following their eligibility date.

## ARTICLE XIII, SECTION 4

There shall be no proration of vacation pay for first year employees, prior to their anniversary date, for an employee who voluntarily terminates their employment or is discharged for cause.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

### ARTICLE XIII, SECTION 5  VACATION SCHEDULE AND PLANT SHUTDOWN

The Company shall post a vacation schedule no later than January 1st of the given year.  Requests will be honored on a first come-first serve basis.  If it is determined that it will be detrimental to the Company because of the number of employees desiring the same date, it shall be within the sole province of the Company to provide vacations during the times best suited for the Company's purpose.  The Company shall make every effort to accord each employee his desired date for vacation.  The Company reserves the right to shut the plant down for a specified vacation period at any time during the calendar year.  However it shall require a sixty (60) day prior notice to the employees and the Union.

## ARTICLE XIV WELFARE AND RETIREMENT

The Employer agrees to contribute an amount specified on the Wage and Fringe Benefits allocation sheet per hour to a maximum of forty (40) hours, (this is above the wage rate), for each employee covered by this Agreement to the Construction Industry Welfare Fund of Rockford, Illinois.  For the second (2nd), and third (3rd) year of this agreement, the employer will contribute up to a maximum of seventy five cents ($0.75) per year to the increase for health and welfare.

The Employer agrees to contribute to the Construction Industry Retirement Fund of Rockford, Illinois an amount specified on the Wage and Fringe Benefits allocation sheet per hour worked, calculated to the nearest hour worked (this is above the wage rate), for each employee covered by this Agreement.

The Construction Industry Welfare Fund of Rockford, Illinois and the Construction Industry Retirement Fund of Rockford, Illinois are administered by a Board of Trustees in accordance with the terms of the Trust Agreement, executed as of May 1, 1954.  The Construction Industry Welfare Fund and the Construction Industry Retirement Fund maintain a place of business at 195 Buckley Dr, Ste A, Rockford, Illinois or as such other place designated by the Trustees.  Contributions of the Employer shall be forwarded to such business office together with report forms supplied for such purpose not later than the fifteenth (15th) day of the following month.  By making payments in accordance with this signed Labor Agreement to the Construction Industry Welfare Fund each contributor shall become a party to the Trust Agreement and become bound by the terms and provisions thereof.  The Employer shall however, have no responsibility to the Welfare Fund, except making payments as specified (failure to make such payments as specified shall cause the Employer to be liable for claims arising from such negligence) and compliance with the rules and regulations agreed upon for the successful operation of this Welfare Fund.

Any employer failing to make prompt and timely payment of contributions as stated above to the Trust named shall, in addition to the aforesaid hourly contributions pay an additional ten (10) percent in liquidated damages for failure to pay in accordance with this Agreement.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

Final interpretation of the rules and regulations of the Welfare Fund and it's administration shall rest solely with the Board of Trustees. The appointment of the respective Trustees is hereby confirmed and ratified together with their successors, designated in the manner provided in said Trust Agreement.

In the events the Trustees of the Fund and the Union question the authenticity or accuracy of the information completed on the forms, or in the event of a belief that the amounts being transmitted are not in accordance with the terms of the Agreement, the Trustees of the Fund shall have the right upon reasonable notice to have an audit of the payroll records of Employees covered by this Agreement made by a Certified Public Accountant.

In the event a discrepancy discovered exceeds three percent (3%), the Employer shall bear accounting costs and shall be liable for all costs for collecting payments due, together with reasonable attorney's fees.

The Employer shall furnish to the Trustees, upon request, such information and reports as the Trustees may require in the performance of their duties including the following: weekly payroll journals, individual earnings for all Employees paid on an hourly basis or who are covered in employment and quarterly withholding tax and FICA Tax Returns (Forms 941 and W-3). The Trustees or any authorized agent of the Trustees, shall have the right at all reasonable times during the business hours to enter upon that premises of the Employer as may be necessary to permit the Trustees to determine whether the Employer is fully complying with the provisions regarding Employer contributions.

In the event the Trustees are required to file by reason of an Employer's failure to maintain his monthly Health and Welfare contributions called for in this Labor Agreement and a judgment is rendered in favor of the Trustees, the Trustees will also be entitled to attorney's fees and court costs to receive such judgment.

Welfare contributions as negotiated in this Joint Agreement are payable monthly to the "Fund Office". These contributions and accounting of hours are due the fifteenth day of the month following the months the hours were worked and are to be considered delinquent after the twenty-fifth of the month following the month the hours are worked. Such contributions shall not be considered wages. The Fund Office is to supply all forms for reporting these contributions.

It shall be considered a violation of this Agreement for any Employer to fail to pay and comply with any provisions of this article for any rule or regulation made by the Trustees administering the Construction Industry Welfare Fund. In the event that a Union receives written notice from the Trustees that the Employer has failed to pay any sum due the Construction Industry Welfare Fund and that such failure continue for forty eight (48) hours after an Employer has received written notice thereof, the Union may withdraw the Employees from such Employer's employment until all sums due from the Employer have been paid in full. Such withdrawal of Employees to collect contributions to the Construction Industry Fund shall not be considered a violation of this Agreement on the part of the Union and it shall not be a subject of arbitration.

If Employees are withdrawn from any job in order to collect contributions to the Construction Industry Welfare Fund, the Employees who are effected by such stoppage of work shall be paid for lost time up to sixteen (16) hours provided the two (2) days notice of the intention to remove Employees from a job is given to the Employer by the Union by registered or certified mail.

## ARTICLE XV CONFLICT WITH LAW

If any Article or Section of this Contract or of any Rider thereto should be held invalid by operation of law or by any tribunal of competent jurisdiction or if compliance with or enforcement of an Article or Section be restrained by such tribunal pending a final determination as to it's validity, the remainder of this Contract and of any Rider thereto, or the application as such Article or Section to persons or circumstances other than those as to which it has been held invalid or as to which compliance with or enforcement of has been restrained not to be effected thereby.

In the event that any Article or Section is held invalid or enforcement of or compliance with which has been restrained as above set forth, the parties affected thereby shall enter into immediate collective bargaining negotiations upon the request of the Union, for the purpose of arriving at a mutually satisfactory replacement.

## ARTICLE XVI NON DISCRIMINATION

The Employer, the Union and all Employees shall continue to comply with the applicable State, and Federal Laws prohibiting discrimination.

Neither the Employer, the Union or fellow employees shall discriminate against any individual because of race, age, religion, sex, color, ancestry or national origin with respect to opportunity for or tenure of employment or with respect to any term or condition of employment or any other right, benefit, duty or obligation created and/or protected by the provisions of this Agreement.

## ARTICLE XVII UNION LABEL CLAUSE

It is hereby understood and agreed by the Employer and the Union that an application shall be made for the Union Label to the First General Vice President of the United Brotherhood of Carpenters and Joiners of America. If the application is approved, and the Union Label issued by the United Brotherhood of Carpenters and Joiners of America to be placed upon the Employer's products, it is understood and agreed that the Label shall remain the property of the United Brotherhood of Carpenters and Joiners of America and shall be at all times in the possession of a member of the United Brotherhood of Carpenters and Joiners of America; and that said Union Label shall at no time be used in any manner that will be detrimental to the interest and welfare of the members of the United Brotherhood.

Chicago Regional Council of Carpenters Local Union 792 and R & D Thiel, a Division of Carpenter Contractors of America, Inc - 12/7/2009-9/30/2010

## ARTICLE XVIII MUTUAL AGREEMENT

This Agreement expresses the completed understanding of the parties hereto on the subjects of wages, working conditions, hours of work, other conditions of employment, and all bargaining subjects; however, this Agreement may, by mutual agreement be amended or modified from time to time in writing, and such amendments or modifications shall become a part of this Agreement when attached to this Agreement and signed by the respective parties.

## ARTICLE XIX DURATION AND TERMINATION

This Agreement shall remain in full force and in effect until September 30, 2010 and thereafter shall be renewed from year to year unless either party hereto shall notify the other party in writing at least sixty (60) days prior to the anniversary date of the Agreement of it's desire to change in any way or to terminate this Agreement. Such writing notice shall be sent by registered or certified mail to the other party.

IN WITNESS WHEREOF, we set our hands and seals this 7th DAY OF December, 2009.

CHICAGO REGIONAL COUNCIL OF
CARPENTERS LOCAL UNION NO. 792

R & D THIEL  A DIVISION OF CARPENTER
CONTRACTORS OF AMERICA INC
2340 NEWBURG RD
BELVIDERE IL 61008
Phone: 815-544-1699

Frank Libby
President/Executive Secretary-Treasurer

Terrance B Smith
President

Jeffrey Isaacson, First Vice President

Robert A Johnston,
Director, Human Resources

Allan Thiel
Vice President, Plant Production

FEB 0 ? 2010

## Side Letter Agreement

This Side Letter Agreement entered into between the R & D Thiel and the Union representing Plant Employees, the Chicago Regional Council of Carpenters Local Union 792, is agreed as follows:

A. Article VIII (Holidays and Vacations) this article shall be amended to include the restoration of holiday and vacation pay effective March 1, 2010 or August 1, 2010 following the satisfaction of the criteria set forth in paragraph (B) of this Side Letter. The restoration of holiday and vacation pay shall remain in effect for the duration of the contract term.

B. The restoration of holiday and vacation pay in paragraph A shall be based on the total number of "New Privately Owned Housing Units Authorized-Unadjusted Units by Metropolitan Area" in the "Chicago-Naperville-Joliet" area for the total of 1 unit, 2 units, 3 & 4 units.

When the units equals to or exceed 8,000 units for the past twelve (12) month period, employees hired after 10/01/09 eligible for holidays will have three (3) holidays restored.

When units equals to or exceed 10,000 units for the past twelve (12) month period, employees hired after 10/01/09 eligible for vacations will have the 20% adjustment restored.

When units equals to or exceeds 12,500 units for the past twelve (12) month period, the company will fund the $0.40 to pension.

The parties shall use the statistics prepared and reported by the U.S. Census Bureau as the exclusive benchmark for this wage increase. The statistics should first be reviewed on December 31, 2009; if restoration is triggered at the December 31, 2009 review it shall take effect no later than March 1, 2010. A second review of the statistics shall occur on May 31, 2010; if restoration is triggered at the May 31, 2010 review it shall take effect no later than August 1, 2010. If this event occurs, the Union shall provide written notice to the Company as soon as practicable after the U.S. Census Bureau releases the relevant statistics

Chicago Regional Council
of Carpenters

R & D Thiel

_Frank E. Libby_
Frank Libby
President/Executive Secretary-Treasurer

_Terrance B. Smith_
Terrance B. Smith
President

2/12/10
Date

11/19/09

## Plant Carpenter Union Contract Modifications

(1) Term of the Agreement is one year covering the period 10/1/2009 – 9/30/2010

(2) Wages:
    a. Wages for all employees (top of scale and those in progression) are frozen for the term.
    b. The wage progression schedule has been modified as follows:
- Period 1-for the 1st year 50% = $9.38
- Period 2-for the 2nd year 60% = $11.25
- Period 3-for the 3rd year 70% = $13.13
- Period 4-for the 4th year 80% = $15.00
- Period 5-for the 5th year 100% = $18.75

(3) Holidays:
    a. For employees hired prior to 10/1/09 paid holidays were reduced from 8.5 to 7 with Good Friday and XMAS Eve no longer paid holidays.
    b. For employees hired after 10/1/09 the following 4 holidays will be paid:
- Independence Day (Fourth of July)
- Labor day
- Thanksgiving Day
- XMAS Day

(4) Personal Days will no longer be paid, but can be used on an unpaid basis for personal reasons.

(5) Vacations:
    a. For employees hired prior to 10/1/09 the vacation schedule is amended as follows:
- 1 year of service but less that 5 = 40 hrs
- 5 years of service but less than 10 = 80 hrs
- 10 years of service but less than 15 = 100 hrs
- 15 years of service or more = 140 hrs

    b. For employees hired after 10/1/09 the vacation schedule is as follows:
- 1 year of service but less than 5 = 32 hrs
- 5 years of service but less than 10 = 64 hrs
- 10 years of service but less than 15 = 80 hrs
- 15 years of service or more = 112 hrs

(6) Welfare contribution rate is $6.55/hr.

(7) Pension:
    a. For eligible employees the contribution rate is $4.35/hr
    b. Employees hired after 10/1/09 pension contributions will commence after one (1) year of service.



## UNITED BROTHERHOOD OF CARPENTERS AND JOINERS OF AMERICA
# CHICAGO REGIONAL COUNCIL OF CARPENTERS

December 2009

**TO:**     **R & D THIEL, A DIVISION OF CARPENTER CONTRACTORS OF AMERICA INC**

**EMPLOYING CARPENTER MEMBERS**

**UNDER THE JURISDICTION OF THE CHICAGO REGIONAL COUNCIL OF CARPENTERS**

Dear Employer:

This letter is to inform you of the wage and fringe benefit rate allocation per the Collective Bargaining Agreement negotiated by the Chicago Regional Council of Carpenters in full force and effect from December 7, 2009 through September 30, 2010. The following schedules summarize the negotiated increases for December 7, 2009 through September 30, 2010. All contribution amounts not listed below remain unchanged:

### SHOP WAGES

| $0.00 Allocation | |
| --- | --- |
| Health & Welfare Fund contribution | **Increase $.40 per hour from $6.15 to $6.55** |
| Pension Fund contribution | *Decrease ($.40)* per hour from $4.75 to $4.35 |

| Wage Rates Effective<br>December 7, 2009 – September 30, 2010 | Journeyman | Foreman |
| --- | --- | --- |
| Base Wage Rate | $18.75 | $19.75 |
| Health & Welfare | 6.55 | 6.55 |
| Pension | 4.35 | 4.35 |
| TOTAL PACKAGE | $29.65 | $30.65 |

### New Hire Employees
The minimum wage for New Hire Employees shall be the following percentages of the rate paid to journeymen:

| | Period 1-1st<br>90 days<br>(50%) | Period 1-90<br>days through<br>12 months<br>(50%) | Period 2-<br>2nd year<br>(60%) | Period 3- 3rd<br>year (70%) | Period 4-4th<br>year (80%) | Period 5-5th<br>year (100%) |
| --- | --- | --- | --- | --- | --- | --- |
| Base Wage Rate | $9.38 | $9.38 | $11.25 | $13.13 | $15.00 | $18.75 |
| Health & Welfare | 0.00 | 6.55 | 6.55 | 6.55 | 6.55 | 6.55 |
| Pension | 0.00 | 0.00 | 4.35 | 4.35 | 4.35 | 4.35 |
| TOTAL PACKAGE | $9.38 | $15.93 | $22.15 | $24.03 | $25.90 | $29.65 |

It is important that the rates reported in this document are made payable on December 7, 2009. Thank you for your cooperation.

Sincerely,

CHICAGO REGIONAL COUNCIL OF CARPENTERS

FRANK LIBBY

President/Executive Secretary-Treasurer

JEFFREY ISAACSON

First Vice-President

12 East Erie Street, Chicago, Illinois 60611-2796
Phone: 312-787-3076 • Fax: 312-951-1516 • www.carpentersunion.org
Frank T. Libby, President/Executive Secretary-Treasurer • Jeffrey Isaacson, First Vice President

County
Jurisdiction

Illinois
Boone
Bureau
Carroll
Cook
DeKalb
DuPage
Grundy
Henderson
Henry
Iroquois
Jo Daviess
Kane
Kankakee
Kendall
La Salle
Lake
Lee
Marshall
McHenry
Mercer
Ogle
Putnam
Rock Island
Stark
Stephenson
Whiteside
Will
Winnebago

Wisconsin
Kenosha
Milwaukee
Ozaukee
Racine
Washington
Waukesha

Iowa
Adair
Allamakee
Appanoose
Benton
Black Hawk
Bremer
Buchanan
Butler
Cedar
Cerro Gordo
Chickasaw
Clayton
Clinton
Davis
Delaware
Des Moines
Dubuque
Fayette
Floyd
Franklin
Grundy
Hancock
Henry
Howard
Iowa
Jackson
Jefferson
Johnson
Jones
Keokuk
Kossuth
Lee
Linn
Louisa
Mahaska
Mitchell
Monroe
Muscatine
Scott
Tama
Van Buren
Wapello
Washington
Wayne
Winnebago
Winneshiek
Worth
Wright

Label Matrix for local noticing
113C-0
Case 10-42604-RBR
Southern District of Florida
Fort Lauderdale
Mon Feb 28 16:19:03 EST 2011

Broward County Records,Taxes & Treasury
c/o Hollie N Hawn
115 So. Andrews Ave.
Ft. Lauderdale, Fl 33301-1818

Carpenter Contractors of America, Inc.
941 SW 12th Avenue
Pompano Beach, FL 33069-4610

Cemex Construction Materials Florida, LLC
c/o Ryan E. Davis
PO Box 1391
Orlando, FL 32802-1391

Fifth Third Bank
c/o Franck D. Chantayan
Carlton Fields, PA
525 Okeechobee Blvd., Suite 1200
West Palm Beach, FL 33401-6350

First American Bank
c/o Arthur J. Spector, Esq
2650 N Military Trail #240
Boca Raton, FL 33431-6346

Florida Self-Insureres Guaranty Association,
c/o James E. Sorenson
POB 4128
Tallahassee, FL 32315-4128

GE Commercial Finance Business Property Corp
c/o Rabian M Brooks, III
412 E Madison St #900
Tampa, FL 33602-4617

Louisiana Pacific Corporation
c/o Pauline Sanders
POB 4000-98
North 13403 Goverment Way
Hayden Lake, ID 83835-9460

Paradise Bank
Nicolette Vilmos
Broad and Cassel
390 N. Orange Avenue
Suite 1400
Orlando, FL 32801-1640

Pension Benefit Guaranty Corporation
Pension Benefit Guaranty Corporaton
Office of the Chief Counsel
1200 K Street, N.W.
Suite 340
Washington, DC 20005-4030

Preutt Forest Productions, Inc.
c/o Herbert M. Newell
2117 Jack Warner Parkway #5
Tuscaloosa, AL 35401-1029

Recovery Management Systems Corp (RS)
25 SE 2 Ave  #1120
Miami, FL 33131-1605

4IMPRINT, INC.
PO BOX 1641
MILWAUKEE, WI 53201-1641

4imprint
101 Commerce St
Oshkosh, WI 54901-4864

84 LUMBER
3530 METRO PARKWAY
FT MYERS, FL 33916-7523

AAA STEEL FABRICATORS
1669 SW 45 WAY
DEERFIELD BEACH, FL 33442-9003

ACCURATE BENEFITS INC
507 BROAD ST PMB#146
LAKE GENEVA, WI 53147-1419

ACTION CRANE TECH INC
P. O. BOX 2728
VALRICO, FL 33595-2728

ADONEL CONCRETE PALM
PO BOX 226950
MIAMI,, FL 33222-6950

ADP, INC.
P.O. BOX 78415
PHOENIX, AZ 85062-8415

ADP, INC.
PO BOX 9001006
LOUISVILLE, KY 40290-1006

ADT SECURITY SERVICES
PO BOX 371967
PITTSBURGH, PA 15250-7967

ADT SECURITY SYSTEM
P.O. BOX 371967
PITTSBURGH, PA 15250-7967

ADT Security Services
14200 E Exposition Ave
Aurora, CO 80012-2540

ADVANTAGE PEST RELATE
2800 N.W.22ND TERR.
POMPANO BEACH, FL 33069-1045

AEC IMAGING & GRAPHIC
125 MURRAY HILL ROAD
SOUTHERN PINES, NC 28387-6354

AFLAC
1932 WYNNTON ROAD
COLUMBUS, GA 31999-0002

ALLIED CRANE SERVICE,
P.O. BOX 7586
NAPLES, FL 34101-7586

ALONZO INGRAM
2800 AVENUE M. NW
Winter Haven, FL 33881-2231

ALPINE ENGINEERED PRO
PO BOX 3129
CAROL STREAM, IL 60132-3129

ALTERNATIVE SERVICE C
PO BOC 306037
NASHVILLE, TN 37230-6037

AMERICAN EXPRESS
PO BOX 360002
FT LAUDERDALE, FL 33336-0002

AMT CONCRETE PUMPING,
PO BOX 210654
ROAYL PALM BEAC, FL 33421-0654

ANASCO INC.
1515 W FULLERTON AVE
ADDISON, IL 60101-3000

ANDY McGINNIS
PO BOX 306
Spring Grove, IL 60081-0306

ANTONIO FUENTES
314 POLK AVENUE
Lake Wales, FL 33853-3747

ARAMARK UNIFORM SERVI
P.O. BOX. 7177
ROCKFORD, IL 61126-7177

AROMA COFFEE SERVICE
2168 ANDREA LANE
FORT MYERS, FL 33912-1901

AT&T
PO BOX 105262
ATLANTA, GA 30348-5262

AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197-6463

ATLAS SAW & TOOL INC.
7801 INDUSTRIAL CT.
SPRING GROVE, IL 60081-8298

Alonzo Ingram
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Antonio Fuentes
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Arnold & Kadjan
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604-3915

Assurance Agency, Ltd.
One Century Centre
1750 East Golf Road
Schaumburg, IL 60173-5835

BARTOW CHEVROLET COMP
1475 W MAIN STREET
BARTOW, FL 33830-4397

BARTOW FORD COMPANY
2800 US 98 NORTH
BARTOW, FL 33830-9407

BELVIDERE ACE HARDWAR
302 MEADOW
BELVIDERE, IL 61008-3324

BEYEL BROTHERS CRANE
PO BOX 236246
COCOA, FL 32923-6246

BILL FREEBURG
26320 W. BAYBERRY COURT
Channahon, IL 60410-3349

BLESS CONSTRUCTION, I
8240 SW 22ND. ST.
N. LAUDERDALE, FL 33068-5050

BLUELINX CORPORATION
3532 SOLUTIONS CTR
CHICAGO,, IL 60677-3005

BOB LINDSEY
PO BOX 631
106 S. UNION
Newark, IL 60541-3120

BOB TORINO
143 S. ELROY
Bartlett, IL 60103-4218

BOB VERTEFEUILLE MASO
375 NW BYRON ST
PORT ST LUCIE, FL 34983-1622

BOB YURS
223 THRONHILL DRIVE
Poplar Grove, IL 61065-8742

BOCA COLOR GRAPHICS
139 N.W. 3RD STREET
BOCA RATON, FL 33432-3824

BRETT PARKS
964 ARULE CIRCLE
Sycamore, IL 60178-9517

BRUCE PAYNE
1224 N. RACE AVENUE
Arlington Heights, IL 60004-4457

Broward County Records,Taxes & Treasury Div.
TAX COLLECTOR-Gov't Center Annex
Attn: Litigation Dept.
115 So. Andrews Avenue
Ft. Lauderdale, Fl 33301-1818

Broward County Revenue Collector
PO Box 29009
Fort Lauderdale, FL 33302-9009

C & S CRANE SERVICE,I
#402
WESLEY CHAPEL, FL 33544

CALLAGHAN INDUSTRIAL
PO BOX 850001
ORLANDO, FL 32885-0330

CANON FINANCIAL SERVI
14904 COLL. CTR DR.
CHICAGO, IL 60693-0149

CARPENTER & BROWN, P.
701 E COMMERCIAL BLV
FT LAUDERDALE, FL 33334-3273

CARPENTER CONTRACTORS
FAYETTEVILLE, NC

CARPENTERS FRINGE BEN
P.O.BOX 4001
GENEVA, IL 60134-4001

CARQUEST OF WINTERHAV
1606 HAVENDALE BLVD
WINTER HAVEN, FL 33881-1283

CDW COMPUTER CENTERS,
PO BOX 75723
CHICAGO, IL 60675-5723

CECIL MITCHELL
7091 EAST TROPICAL WAY
Fort Lauderdale, FL 33317-3300

CEDAR SIDING & LUMBER
5600 EAGLE WAY
CHICAGO, IL 60678-1056

CEMEX - CONCRETE
PO BOX 905875
CHARLOTTE, NC 28290-5875

CENTURY LINK
PO BOX 96064
CHARLOTTE, NC 28296-0064

CHARLES R. DAVIS
12140 BIG BEND ROAD
Riverview, FL 33579

CHICAGO CARPENTERS TR
P.O.BOX 94432
CHICAGO, IL 60690-4432

CHICAGO REGIONAL COUNCIL
OF CARPENTERS
12 EAST ERIE STREET
Chicago, IL 60611-2767

CHRISTOPHER NAGY
2020 ESTERO GARDEN CIRCLE
APT. 207
Estero, FL 33928

CINTAS
5100 26TH AVENUE
ROCKFORD, IL 61109-1792

CINTAS FIRE LOC F32
PO BOX 636525
CINCINNATI, OH 45263-6525

CINTAS LOCATION 936
PO BOX 630803
CINCINNATI, OH 45263-0803

CITY OF POMPANO
PO Box Drawer 1300
Pompano Beach, FL 33061-1300

CITY OF WINTERHAVEN
PO BOX 2277
WINTER HAVEN, FL 33883-2277

COMPUTER MERCHANDISE
PO BOX 6129
LAKELAND, FL 33807-6129

CONSTRUCTION INDUSTRY
P.O. BOX 71031
CHICAGO, IL 60694-1031

CRYSTAL CLEAN PARTS W
13621 COLLECT CNT DR
CHICAGO, IL 60693-0136

CRYSTAL SPRINGS WATER
PO BOX 660579
DALLAS, TX 75266-0579

CULLIGAN BOTTLED WATE
2703 AIRPORT RD
PLANT CITY, FL 33563-1129

CULPEPER WOOD
P.O. BOX 79348
BALTIMORE, MD 21279-0348

CUSTOM FABRICATIONS,
1625 WELD RD, STE G
ELGIN, IL 60123-5800

Carolina Telephone and Telegraph LLC
Century Link
c/o Rex D Rainach APLC
3622 Government St
Baton Rough LA 70806-5720

Carpenters Pension and Retirement
Savings Fund of Illinois
PO Box 791
28 North First Street
Geneva, IL 60134-2285

Cecil Mitchell
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Charles Davis
c/o James M. Thompson Esq
1005 N. Marion St
Tampa, FL 33602-3404

Chicago Regional Council of
Carpenters Apprentice Training Fund
12 East Erie Street
Chicago, IL 60611-2795

Chicago Regional Council of Carpenters
Pension Fund
c/o Kristina Guastaferri, Administrator
12 East Erie Street
Chicago, IL 60611-2795

Chicago Regional Council of Carpenters
Welfare Fund
c/o Kristina Guastaferri, Administrator
12 East Erie Street
Chicago, IL 60611-2795

Chicago Regional Council of Carpenters
Western/Region Local 790
c/o Zach Ross
1008 Seventh Avenue
Rock Falls, IL 61071-2832

Chicago Regional Council of Carpenters
c/o Frank Libby, President
12 East Erie Street
Chicago, IL 60611-2767

Christopher Nagy
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

City of Lakeland Florida
c/o Palmer C Davis
228 S Massachusetts Ave
Lakeland FL 33801-5012

DAN ALSUP
11018 WEST PINES
Polo, IL 61064-9276

DATA-TECH ACCOUNTING
7904 HOPI PLACE
TAMPA, FL 33634-2418

DAVE FLIP
216 SHORT STREET
Henderson, IL 61439

DDN INDUSTRIES,INC
2155 STONINGTON
HOFFMAN ESTATES, IL 60169-2039

DELTA ASSOC INVESTIGA
PO BOX 3129
SUWANEE, GA 30024-0988

DELTA DENTAL PLAN OF
P.O. BOX 805275
CHICAGO,, IL 60680-4168

DENNIS PRITCHETT
15453 STREET ROUTE 72
Genoa, IL 60135-7948

DENNIS RYAN
FT.MYERS, FL

DIAMOND SUPPLY
3235-A FAIRFIELD AVE
ST. PETERSBURG, FL 33712-1800

DJT, LLC
2340 Newburg Road
Belvidere, IL 61008-7842

DONALD L. THIEL
1087 AIA
Pompano Beach, FL 33062

Desmond Coleman
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Diligentsia Capital Group LLC
c/o Recovery Management Systems Corporat
25 SE 2nd Avenue Suite 1120
Miami FL 33131-1605

EDWIN ROBELDO
14824 SW 179TH STREET
Miami, FL 33187-7712

EMBRAER AIRCRAFT HOLD
PO BOX 409764
ATLANTA, GA 30384-9764

EQUIPMENT DEPOT OF IL
DEPARTMENT 6059
CAROL STREAM, IL 60122-6059

EVERGLADES EQUIPMENT
PO BOX 460969
FT LAUDERDALE, FL 33346-0969

Edwin Robledo
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Empire Wholesale Lumber Co
POB 1248
Bath OH 44210-1248

Enqique Santos
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Enrique Santos
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Ezequiel Cerro Blanco
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128


F & F TIRE WORLD
520 LOGAN AVE.
BELVIDERE, IL 61008-4437

FASTENAL
P.O. BOX 978
WINONA, MN 55987-0978

FEDERICO HERNANDEZ
215 E. LOCUST STREET
Belvidere, IL 61008-3602


(p)FIFTH THIRD BANK
MD# ROPS05 BANKRUPTCY DEPT
1850 EAST PARIS SE
GRAND RAPIDS MI 49546-6253

FIRST AMERICAN BANK
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

FIRST AMERICAN BANK
218 W MAIN STREET
DUNDEE, IL 60118-2093


FLA OWNER, LLC/EOLA CAPITAL
5405 Cypress Center Drive
Suite 240
Tampa, FL 33609-1055

FLEET PRODUCTS LAKELA
2700 S COMBEE RD
LAKELAND, FL 33803-7384

FLEETPRIDE
PO BOX 281811
ATLANTA, GA 30384-1811


FLEETWING CORPORATION
PO BOX 22
LAKELAND, FL 33802-0022

FLORIDA REFUSE SERVIC
PO BOX 9001599
LOUISVILLE, KY 40290-1599

FLORIDA SELF-INSURERS
GUARANTY ASSOCIATION, INC.
PO BOX 4128
Tallahassee, FL 32315-4128


FLSDU
P.O.BOX 8500
TALLAHASSEE, FL 32314-8500

FPL
GEN MAIL FACILITY
MIAMI, FL 33188-0001

FRAZEE BOBCAT SERVICE
3132 RIVER GROVE CIR
FT MYERS, FL 33905-6230


Florida Department of Revenue
5050 West Tennessee Street
Tallahassee, FL 32399-0100

G & K SERVICES, INC.
3735 CORPOREX PK DR
TAMPA, FL 33619-1162

G-PLEX, INC.
PO BOX 2244
TUSCALOOSA, AL 35403-2244


GE CAPITAL FLEET SERV
P.O. BOX 100363
ATLANTA, GA 30384-0363

GECF BUSINESS PROPERTY
PO BOX 402363
Atlanta, GA 30384-2363

GENERAL ELECTRIC CAPITAL
10900 NE 4th Street
Suite 500
Bellevue, WA 98004-5853


GENERAL ELECTRIC CAPITAL
1415 West 22nd Street, Suite 600
Pittsburgh, PA 15264

GENERAL ELECTRIC CAPITAL
PO Box 640387
Pittsburgh, PA 15264-0387

GENERAL ELEVATOR SALE
10801 SATELLITE BLVD
ORLANDO, FL 32837-8448


GLASS BLOCK WAREHOUSE
4370 PORT WAY
PALM CITY, FL 34990-5583

GLT OFFICE PLUS
PO BOX 3829
LAKELAND, FL 33802-3829

GOTHAM
2070 ANDREA LANE
FORT MYERS, FL 33912-1959

GREGORY POOLE INDUSTR
PO BOX 60457
CHARLOTTE, NC 28260-0457

Gelco Corp
dba GE Fleet Srvs
Three Capital Dr
Eden Prairie MN 55344-3890

HAMILTON COMPANY
PO BOX 2059
WINTERHAVEN, FL 33883-2059


HARVEST CRANE RENTAL
109 CAMBRIDGE LN.
ROYAL PALM BC, FL 33411-1548

HD SUPPLY WHITECAP
PO BOX 535209
ATLANTA, GA 30353-5209

HENRY MEJIA
1741 46TH TERRACE
APT. 4
Naples, FL 34116-5974


HOKE COUNTY TAX COLLE
PO BOX 217
RAEFORD, NC 28376-0217

HORIZON DISTRIBUTORS
1890 CHRYSLER DR
BELVIDERE, IL 61008-6027

HUGHES TOOL SUPPLY
1208 U.S. HWY 41 N.
LUTZ, FL 33549-2925


HUGO ADAME
125 DEL RIO ROAD
Carpentersville, IL 60110-1107

Heartland Welfare Fund
PO Box 791
28 N. First Street
Geneva, IL 60134-2285

Henry Mejia
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128


I.W.I. MOTOR PARTS
155 N. CRESCENT RD.
DUBUQUE, IA 52003-5268

IKON FINANCIAL SERVICES
1738 BASS ROAD
Macon, GA 31210-1043

ILLINOIS WORKERS' COMMISSION
Attention: Illinois Self-Insurers
100 W. Randolph Street
Suite 8-200
Chicago, IL 60601-3227


IMPERIAL CREDIT CORP.
101 Hudson St 34 floor
Jersey City  NJ 07302-3905

INTEGRATED SYSTEMS RE
1502 JOH AVENUE
BALTIMORE, MD 21227-1137

INTELLIGENT BUILDING
75 REMITTANCE DRIVE
CHICAGO, IL 60675-6250


ITW BUILDING COMPONEN
P.O.BOX 3129
CAROL STREAM, IL 60132-3129

IVELEE E. ROBINSON
1185 GAY STREET
Bartow, FL 33830-5048

(p)ILLINOIS DEPARTMENT OF REVENUE
P O BOX 64338
CHICAGO IL 60664-0338


Illinois Self Insurers Advisory Board
Attn Ms maria Sarli Dehlin
100 W Randolph St 8 Flr
Chicago IL 60601-3218

Industrial Power Inc
703 Whitfield St
Fayetteville, NC 28306-1617

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346


J. BRUSH BOBCAT SERVI
12375 LEAR PLACE
PORT SAINT LUCI, FL 34987-2532

JAMES E. SORENSON, ESQ.
PO BOX 4128
Tallahassee, FL 32315-4128

JAMES M. THOMPSON, ESQ.
NELSON, BISCONTI, THOMPSON, ET AL.
1005 NORTH MARION STREET
Tampa, FL 33602-3404


JANI-KING OF MIAMI IN
4000 HOLLYWOOD BLVD
HOLLYWOOD, FL 33021-6751

JASON ARWOOD
345 CEDAR COURT
DeKalb, IL 60115-8970

JASON REESE
TAMPA, FL

JAVIER RODRIGUEZ
C/O LUCAS & CARDENAS
77 W. WASHINGTON STREET, SUITE 900
Chicago, IL 60602-2801

JC EHLRICH CO, INC
PO BOX 13848
READING, PA 19612-3848

JEAN ROSALVA
820 SW 14TH STREET
Deerfield Beach, FL 33441-6423

JEFF TABER
9212 SEGUNDA LANE
Machesney Park, IL 61115-1851

JEORGE CONSTRUCTION G
1232 NW 3RD. ST.
MIAMI, FL 33125-5667

JERRY SULLIVAN
1721 ROGERS AVENUE
McHenry, IL 60050-3536

JERY McDONALD
13255 EDWARDSVILLE
Winnebago, IL 61088-9464

JIM MICUS
N. 1203 WALNUT ROAD
Pell Lake, WI 53157

JIM ROCK
TAMPA

JOHN THOMAS
4960 NW 20TH STREET
Fort Lauderdale, FL 33313

JONATHAN CRESPO
6910 LA SIRRA COURT
Tampa, FL 33615-2936

JONES LUMBER & EXPORT
4500 NW OAK CIRCLE
BOCA RATON, FL 33431-4212

JOSE RAUDALES
1246 JERONIMO DRIVE
Naples, FL 34103-3256

JUAN MONTEZ
214 MADANLYN COURT
Auburndale, FL 33823-2522

Jani King of Miami Inc
16885 Dallas Pkwy
Addison TX 75001-5202

Jean Rosalva
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

John Thomas
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Jonathan Crespo
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Jose Raudales
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

K.C. BUILDING SUPPLY,
2286 BRUNER LANE
FT MYERS, FL 33912-1907

KEVIN FISCHER
128 HILLTOP DRIVE
Lake in the Hills, IL 60156-1173

KIMBALL HILL
C/O SHAW GUSSISS & TOWBIN, LLC
321 N. CLARK, SUITE 800
Chicago, IL 60654-4766

KRW CONSULTING GROUP,
1881 COMMERCE DR.
ELK GROVE VILLA, IL 60007-2131

L JONES AND SON CONCR
6420 SUNTREE COURT
GREENACRES, FL 33413-3409

L.H.TRAVIS,INC
P.O.BOX 3211
WINTER HAVEN, FL 33885-3211

LAKELAND ELECTRIC
P.O. BOX 32006
LAKELAND, FL 33802-2006

LAUREL ALLEN
100 NW 30TH AVENUE, APT. 6
Fort Lauderdale, FL 33311-8480

LAUREL VALLEY PREMIUM
PO BOX 2772
FAYETTEVILLE, NC 28302-2772

LEACH ENTERPRISES, IN
4304 ROUTE 176
CRYSTAL LAKE, IL 60014-3799

LEONARD RICHARDSON
1067 TESTA DRIVE
Justice, IL 60458-1277

LINE TANELUS
284 NW 43RD STREET, APT 3
Fort Lauderdale, FL 33309-4716

LUIS PULIDO
C/O SMITH FEDDELER SMITH
PO BOX 1089
Lakeland, FL 33802-1089

Labor/Management Union Carpentry
Corporation Promotion Fund
12 East Erie Street
Chicago, IL 60611-2795

Laurel Allen
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL 32315-4128

Lawson Products Inc, Georgia
1666 E Touhy Ave
Des Plainse, IL 60018-3683

Liberty Mutual Insurance
c/o Michelle Weasler
2000 Westwood Drive
Wausau, WI 54401-7802

Line Tanelus
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL 32315-4128

Luis Pulido
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL 32315-4128

M & H AUTO SUPPLY, IN
2588 HOPE MILLS ROAD
FAYETTEVILLE, NC 28306-8305

MARK OXTOBY
W888 CAMELIA BX 56
Genoa City, WI 53128

MARSH USA INC.
PO BOX 281404
ATLANTA, GA 30384-0001

MCGEE TIRE STORE
PO BOX 2230
EATON PARK, FL 33840-2230

MICHAEL DALTON
C/O BYRON TOWNSEND
2503 W. SWANN AVENUE
Tampa, FL 33609-4017

MID-CITY OFFICE PRODU
P.O. BOX 957
ROCKFORD, IL 61105-0957

MIDRESCOM Industry Advancement Fund
12 East Erie Street
Chicago, IL 60611-2795

MIKE TIMM
12932 E. STATE ROAD
Clinton, WI 53525

MJS NURSERY
PO BOX 542503
LAKE WORTH, FL 33454-2503

MODERN CONCRETE, INC
PO BOX 666925
POMPANO BEACH, FL 33066-6925

MOTION INDUSTRIES, IN
P.O. BOX 98412
CHICAGO, IL 60693-8412

MOTION INDUSTRIES, IN
PO BOX 404130
ATLANTA, GA 30384-4130

MR. GOODWATER
596 N. APPLETON RD.
BELVIDERE, IL 61008-1982

Michael Dalton
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL 32315-4128

Michael Dalton
c/o Richard A Bokor, Esq
230 E. Davis Blvd
Tampa, FL 33606-3729

MorrisAnderson
55 West Monroe Street
Suite 2500
Chicago, IL 60603-5028

NACM TAMPA CREDIT SER
PO BOX 22827
TAMPA, FL 33622-2827

NAP TOOLS LLC
75 REMITTANCE DRIVE
CHICAGO, IL 60675-6639

NAPA AUTO PARTS
P.O.BOX 5066
ROCKFORD, IL 61125-0066

NC CHILD SUPPORT CENT
P O BOX 900012
RALEIGH, FL 27675-9012

NETCOM BUSINESS SOLUT
PO BOX 170
FAYETTEVILLE, NC 28302-0170

NILE BLISARD
1022 DARROSCH STREET
Largo, FL 33771-1304

NORTH CAROLINA DEPART
P.O.BOX 25000
RALEIGH, NC 27640-0700

NYS CHILD SUPPORT
P.O. BOX 15363
ALBANY, NY 12212-5363

NYS CHILD SUPPORT PRO
PO BOX 15363
ALBANY, NY 12212-5363


Nicor Enerchange, LLC
c/o Euler Hermes ACI
800 Red Brook Blvd
Owings Mills, MD 21117-5173

Nile Blisard
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

OFFICE OF THE TAX COL
P O BOX 449
FAYETTEVILLE, NC 28302-0449


ONLINE TECHNOLOGY MAN
5722 S FLAMINGO RD
FT LAUDERDALE, FL 33330-3206

Office Depot
6600 N. Military Trail-S413G
Boca Raton, FL 33496-2434

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614


PALATINE OIL
900 NATIONAL PKWY
SCHAUMBURG, IL 60173-5904

PARKSITE INC.
6982 PAYSPHERE CRCL
CHICAGO, IL 60674-0001

PAUL BINGAMAN
C/O SCHWARTZ AND ASSOCIATES
39 S. LaSalle Street
Chicago, IL 60603-1603


PAYNE AIRCONDITIONING
1048 E. OLEANDER ST.
LAKELAND, FL 33801-2012

PBA
PO BOX 2023
CAROL STREAM, IL 60132-2023

PETER BALISTRERI
CARPONELLI AND KRUG
230 W. MONROE STREET, SUITE 250
Chicago, IL 60606-4711


PINEDA CONSTRUCTION S
1865 SW WHIPPLE AVE.
PORT ST. LUCIE, FL 34953-5156

PITNEY BOWES GLOBAL F
P.O. BOX 856460
LOUISVILLE, KY 40285-6460

PREFERRED MATERIALS,I
PO BOX 198350
ATLANTA, GA 30384-8350


PRO-BUILD
204 W. WHEATON AVE.
YORKVILLE, IL 60560-4545

Paradise Bank
2420 North Federal Highway
Boca Raton, FL 33431-7714

Piedmont Natural Gas Company
4339 S Tryon St
Charlotte, NC 28217-1733


Plant Carpenters Local 790
12 East Erie Street
Chicago, IL 60611-2795

Plant Carpenters Local 790 and
Teamsters Local 325 Unions
195 Buckley Drive, Suite B
Rockford, IL 61107-5840

RALEIGH SAW COMPANY,
5805 C DEPARTURE DR
RALEIGH, NC 27616-1859


RAMIRO FUERTE
1807 3RD COURT SE
APT. 16
Winter Haven, FL 33880-4433

RANDY COESTER
34007 PEARL STREET
Kirkland, IL 60146-8329

RAYBRO ELECTRIC SUPPL
PO BOX 82899
TAMPA, FL 33682-2899


RAYONIER WOOD PRODUCT
PO BOX 102951
ATLANTA, GA 30368-2951

REGISTRY TWO
PO BOX 198325
ATLANTA, GA 30384-8325

RESERVE ACCOUNT
PO BOX 856056
LOUISVILLE, KY 40285-6056

RICHARD GREGORY
C/O SMITH FEDDLER SMITH
PO BOX 1089
Lakeland, FL 33802-1089

RICK BARTZ
7133 CAVAN STREET
New Port Richey, FL 34653-1707

RING POWER CORPORATIO
PO BOX 935004
ATLANTA, GA 31193-5004

RIORDAN,FULKERSON,HUP
30 N. LASALLE ST.
CHICAGO, IL 60602-2590

RITZ SAFETY EQUIPMENT
PO BOX 713139
CINCINNATI, OH 45271-3139

ROBERT CROOK
TAMPA, FL

ROBERT SHENEMAN
LAW OFFICE OF JACK HRUBY
2100 MANCHAESTER ROAD, SUITE 503
Wheaton, IL 60187-4586

ROBERTO JIMENEZ
1104 77TH STREET E.
Palmetto, FL 34221-1236

ROBERTO PALACIOS
803 1/2 FREMONT
Belvidere, IL 61008-4406

ROCK RIVER DISPOSAL
BOX 673045
MILWAUKEE, WI 53267-3045

ROCKFORD CHEMICAL COM
915 W. PERRY ST.
BELVIDERE, IL 61008-3498

ROLLS-ROYCE CORPORATI
PO BOX 1029500
ATLANTA, GA 30368-0001

RYAN E. DAVIS
PO BOX 1391
Orlando, FL 32802-1391

Ramiro Fuerte
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Ramon Rojas
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Richard Gregory
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Rick Bartz
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Roberto Jimenez
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Ron Goulet
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Ryder Truck Rental Inc
c/o Jennifer Morris
6000 Windward Pkwy
Alpharetta  GA 30005-8882

SECURENET SYSTEMS, IN
356 SW 12TH AVENUE
DEERFIELD BEACH, FL 33442-3106

SHERWIN WILLIAMS
4923 E. STATE ST.
ROCKFORD, IL 61108-2258

SIMPSON
PO BOX 45687
SAN FRANCISCO, CA 94145-0687

SIMPSON LUMBER COMPAN
DEPT 2092
DENVER, CO 80291-0001

SIMPSON STRONGTIE
P.O.BOX 45687
SAN FRANCISCO, CA 94145-0687

SPONSLER, BENNETT, JA
PO BOX 3300
TAMPA, FL 33601-3300

SPRINT
PO BOX 219623
KANSAS CITY, MO 64121-9623

STAFFORD INSPECTION
14418 ROXANE DRIVE
ORLANDO, FL 32832-6514

STALIN BARAHONA
1207 GRANADA BLVD.
Naples, FL 34103-3205

STAND GUARD
P.O. BOX 974861
DALLAS, TX 75397-4861

STATE OF FLORIDA
P.O. BOX 8500
TALLAHASSEE, FL 32314-8500

STEVE BEAVERS
3991 WARBLER DRIVE
Winter Haven, FL 33880-5034

STEVE FISCHER
34516 GENEVA ROAD
Burlington, WI 53105-8534


STRONGHOLD
12189 BALLS FORD RD
MANASSAS, VA 20109-2449

STUART PAINT & SUPPLY
P.O. BOX 1177
JENSEN BEACH, FL 34958-1177

SUNCOAST CONTRACTORS
3160 KUTAK ROAD
FORT MYERS, FL 33916-7536


SWEET'S HARDWARE
19 SPIRIT LAKE ROAD
WINTER HAVEN, FL 33880-1248

SY'S SUPPLIES, INC.
235 NORTH JOG ROAD
WEST PALM BEACH, FL 33413-1709

Sprint Nextel  Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949


Sprint Nextel Distribution
Attn: Bankruptcy Dept
P.O. Box 3326
Englewood, CO 80155-3326

Stalin Barahona
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128

Steve Beavers
c/o James E. Sorenson, Esquire
Post Office Box 4128
Tallahassee, FL  32315-4128


TARA INDUSTRIAL PACKA
3714 DMG DRIVE
LAKELAND, FL 33811-1043

THE AGENCY STAFFING
261 KEYES AVENUE
HAMPSHIRE, IL 60140-9449

THE ENCLAVE AT GRASSL
PO BOX 2597
LAKELAND, FL 33806-2597


THE HOME DEPOT
PO BOX 9055
DES MOINES, IA 50368-9055

TIM HINSHAW
201 S. 7TH STREET
Cornell, IL 61319-9583

TIRES PLUS
PO BOX 403726
ATLANTA, GA 30384-3726


TOUSA, INC.
c/o PAUL SINGERMAN, ESQ.
BERGER SINGERMAN
350 EAST LAS OLAS BLVD., SUITE 1000
Fort Lauderdale, FL 33301-4215

TRI-POINT FORD
3500 YONKERS RD
RALEIGH, NC 27604-3609

TRISTAR COMMUNICATION
1441 SW 12TH AVENUE
POMPANO BEACH, FL 33069-4712


TURE PESON
507 15TH AVENUE
River Grove, IL 60171

Teamsters Local 325
c/o Jeff Porter, Secretary/Treasurer
5533 11th Street
Rockford, IL 61109-3698

Terrance B. McGann, Esq.
Whitefield McGann & Ketterman
111 East Wacker Drive
Suite 2600
Chicago, IL 60601-4208


UBC NATIONAL FUNDS LO
P.O. BOX 94449
CHICAGO, IL 60690-4449

UFP Eastern Division Inc.
2801 E Beltline Ave
Grand Rapids, MI 49525-9680

UNITED PARCEL SERVICE
LOCKBOX 577
CAROL STREAM, IL 60132-0577


UNITED PARCEL SERVICE
PO BOX 7247-0244
PHILADELPHIA, PA 19170-0001

UNITED SANITATION SER
6862 BELFORD IND. DR
BELVIDERE, IL 61008-8710

UNIVERSAL FOREST PROD
33373 TREASURY CNTR.
CHICAGO, IL 60694-3300

United Brotherhood of Carpenters
National Apprentices and Training Fund
12 East Erie Street
Chicago, IL 60611-2795

United Parcel Service
c/o Receivable Management Services
POB 4396
Timonium MD 21094-4396

VERTEFEUILLE MASONRY,
375 NW BYRON ST.
PORT ST LUCIE, FL 34983-1622

Verizon
404 Brock Dr
Bloomington IL 61701-2654

W W Grainger Inc
Attn Special Collections Dept
MES178806150173
7300 N Melvina
Niles, IL 60714

W. L. PROPERTIES
2168 ANDREA LANE
FT MEYERS, FL 33912-1901

W.W.GRAINGER INC
806150173
PALATINE, IL 60038-0001

WADE TOOL & SUPPLY CO
5520 W TOUHY UNIT K
SKOKIE, IL 60077-3277

WEBB'S TOWING & RECOV
3025 E MAIN STREET
LAKELAND, FL 33801-9410

WEST FRASER, INC.
PO BOX 951646
DALLAS, TX 75395-1646

WEYERHAEUSER
PO BOX 843568
DALLAS, TX 75284-3568

WHITE CAP CONSTRUCTION
10800 NW 92nd Terrace
Miami, FL 33178-2514

WILL COUNTY CARP DIST
50 W JEFFERSON ST
JOLIET, IL 60432-4400

WILL COUNTY DISTRIBUT
50 W. JEFFERSON ST
JOLIET, IL 60432-4400

WL PROPERTIES
2168 Andrea Lane
Fort Myers, FL 33912-1901

WOOLF DIST. CO.
8550 RIDGEFIELD RD.
CRYSTAL LAKE, IL 60012-2802

WURTH ACTION BOLT AND
PO BOX 10864
RIVIERA BEACH, FL 33419-0864

Will County Carpenters Local 174
Pension Fund
1403 Essington Road, Suite 100
Joliet, IL 60435-2826

Will County Carpenters Local 174 Pension Fun
c/o Gregory W Hose
19 W Jackson Blvd
Chicago, IL 60604-3926

Will County Local 174 Welfare Fund
1403 Essington Road, Suite 100
Joliet, IL 60435-2826

Windstream
2 North Main St
Greenville SC 29601-2719

Wisconsin Carpenters
Welfare & Benefit Funds
PO Box 4002
Eau Claire, WI 54702-4002

Wisconsin Carpenters Central Depository
PO Box 282
Eau Claire, WI 54702-0282

Wright Express Fleet Services
PO Box 6293
Carol Stream, IL 60197-6293

XACT SUPPLY COMPANY
PO BOX 7067
TAMPA, FL 33673-7067

Brian Shaw
321 N Clark St #800
Chicago, IL 60654-4766

Chad P Pugatch Esq.
101 NE 3 Ave Suite 1800
Ft. Lauderdale, FL 33301-1252

Gary Leydig
30 North LaSalle St #2630
Chicago, IL 60602-3358

Gregory Blodig
100 W Cypress Creed Rd #700
Ft.Lauderdale, FL 33309-2195

Gregory G. Coican
707 SE Third Ave 2nd Fl
Fort Lauderdale, FL 33316-1158

James B. Tobin
550 West Adams St #300
Chicago, IL 60661-3607

Jeremy Sackmann
10 S Riverside Plaza #2290
Chicago, IL 60606-3801

John Rearden Jr.
124 N Water St
Rockford, IL 61107-3960

Joseph F. Spitzzeri
33 W Monroe #2700
Chicago, IL 60603-5404

Mark Turner
255 SW Magnolia Ave
Winter Haven, FL 33880-2902

Mark Wiedner
One North Franklin
Chicago, IL 60606-4425

Mike Danielewicz
118 N Clinton St #300
Chicago, IL 60661-2334

Mike Kilgallon
218 N Jefferson St #401
Chicago, IL 60661-1291

Peter J. Roberts
Shaw Gussis Fishman Glantz, et al.
321 North Clark Street, Suite 800
Chicago, IL 60654-4766

Ray Ostler
208 South LaSalle St #1410
Chicago, IL 60604-1253

Robert B. Bennett
1925 East 2nd Ave
Tampa, FL 33605-5203

Roger Brown
701 E Commercial Blvd #100
Fort Lauderdale, FL 33334-3392

Ron Kaplove
Kaplove Accounting Services, Inc.
11110 W Oakland Park Blvd
Sunrise, FL 33351-6808

Ryan Kriger
140 Broadway
New York, NY 10005-1108

Stanley E. Niew
1000 Jorie Blvd #206
Oak Brook, IL 60523-4482

Thomas H Donohoe
227 W Monroe St
Chicago, IL 60606-5055


The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


FIFTH THIRD BANK
Attention Commercial Leasing
1701 W. Golf Road, Tower 1
Rolling Meadows, IL 60008

Illinois Department of Revenue
100 West Randolph Street
Chicago, IL 60601

Internal Revenue Service
P.O. Box 21126
Philadelphia, PA 19114


The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


(u)ITW Building Components Group, Inc.

(u)Ryder Truck Rental, Inc.

(u)84 LUMBER
*Deleted As Per DE#68*

Label Matrix for local noticing
113C-0
Case 10-42630-RBR
Southern District of Florida
Fort Lauderdale
Mon Feb 28 16:20:34 EST 2011

CCA Midwest, Inc.
2340 Newburg Road
Belvidere, IL 61008-7842

ADP, INC.
P.O. BOX 78415
PHOENIX, AZ 85062-8415

AFLAC
1932 WYNNTON RD
COLUMBUS, GA 31999-0797

AMERICAN FIRST AID
784 CHURCH ROAD
ELGIN, IL 60123-9306

ANASCO INC.
BOX 1339
ADDISON, IL 60101-8339

CUSTOM FABRICATIONS
1625 WELD RD, STE G
ELGIN, IL 60123-5800

DDN INDUSTRIES, INC.
SUITE 221
HOFFMAN ESTATES, IL 60169

F&F TIRE WORLD
520 LOGAN AVE
BELVIDERE, IL 61008-4437

FIRST AMERICAN BANK
1650 Louis Avenue
Elk Grove Village, IL 60007-2350

HILTI INC.
P.O. BOX 382002
PITTSBURGH, PA 15250-8002

HYPEN SOLUTIONS
P.O. BOX 849936
DALLAS, TX 75284-9936

I.W.I. MOTOR PARTS
155 N CRESCENT RIDGE
DUBUQUE, IA 52003-5268

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

MID-CITY OFFICE PRODU
P.O. BOX 957
ROCKFORD, IL 61105-0957

McGUIRE WOODS, LLP
c/o EDWIN E. BROOKS, ESQ.
77 WEST WACKER DRIVE
SUITE 4100
Chicago, IL 60601-1818

NEW SUPPLIES CO.
P.O. BOX 129
LEMONT, IL 60439-0129

Office of the US Trustee
51 S.W. 1st Ave.
Suite 1204
Miami, FL 33130-1614

QUEST DIAGNOSTICS
P.O. BOX 740709
ATLANTA, GA 30374-0709

R & D THIEL
2340 NEWBURG RD.
BELVIDERE, IL 61008-7842

THE CERTEX CO., INC.
SUITE 100
CENTENNIAL, CO 80112

WADE TOOL
5520 W TOUHY UNIT K
SKOKIE, IL 60077-3277

WOLF CHEVROLET
1800 N. STATE ST.
BELVIDERE, IL 61008-2000

Chad P Pugatch Esq.
101 NE 3 Ave Suite 1800
Ft. Lauderdale, FL 33301-1252

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
P. O. Box 21126
Philadelphia, PA 19114

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)BRIAN KOBUS

(u)JEFF MIDDLETON

(u)JOHN NEUMULLER

(u)NEXUS OFFICE SYSTEMS,
898 FEATHERSTONE RD.
ROCKFORD, I 611 763

(u)VILLAGE OF ARLINGTON

(u)VILLAGE OF BRIDGEVIEW

(u)VILLAGE OF GILBERTS

(u)VILLAGE OF MONTGOMERY

(u)WILLIAM RIGGS

End of Label Matrix
Mailable recipients    23
Bypassed recipients     9
Total                  32