

**ORDERED in the Southern District of Florida on April 25, 2011.**

_____
**Raymond B. Ray, Judge
United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-42604-RBR |
| | CHAPTER 11 |
| CARPENTER CONTRACTORS | (Jointly Administered) |
| OF AMERICA, INC., d/b/a R & D THIEL, et al, | |
| Debtors. | |
| _____/ | |

### ORDER APPROVING THE EMPLOYMENT OF GREAT AMERICAN GROUP ADVISORY & VALUATION SERVICES, LLC AS APPRAISER *NUNC PRO TUNC* TO THE AGREEMENT DATE OF MARCH 21, 2011

THIS CAUSE came before the Court on April 15, 2011 at 9:30 a.m. upon the *Debtors' Application for Employment of Great American Group Advisory & Valuation Services, LLC as Appraiser Nunc Pro Tunc to the agreement date March 21, 2011* ("Application") (DE #321), and the *Affidavit of David Seiden, in Support of Application for Employment*. The application requests the entry of an order, on a final basis, approving the Debtors in Possession's employment of Great American Group, in the instant Chapter 11 proceeding as Appraisers.

The Court has jurisdiction over the instant matter pursuant to 28 U.S.C. §§157 and 1334. This is a core proceeding pursuant to 28 U.S.C. §157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtors, the estate, and the creditors. The Affidavit of David Seiden makes relevant disclosures as required by Fed. R. Bankr. P. 2014, along with a verified statement demonstrating that David Seiden and the Firm of Great American Group are disinterested as required by 11 U.S.C. §327. Pursuant to 11 U.S.C. §327, Fed. R. Bankr. P. 2014(a) and Local Rule 2014-1, the Court is authorized to grant the relief requested in the Application. Good cause exists for the granting of the relief set forth herein.

Accordingly, it is

ORDERED and ADJUDGED that:

1. The Application is GRANTED.

2. The employment by the Debtors of appraiser David Seiden and the firm of Great American Group, in this Chapter 11 case is APPROVED pursuant to 11 U.S.C. § 327(a) *nunc pro tunc* to the agreement date of March 21, 2011.

3. David Seiden and the firm Great American Group shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to time, for services rendered and costs incurred on behalf of Debtor. David Seiden and the firm Great American Group will apply for compensation and reimbursement of costs as set forth in the applicable rules and by the same interim billing procedures approved by this Court (DE #84).

###

Submitted by:

Chad P. Pugatch, Esq.
RICE PUGATCH & ROBINSON & SCHILLER, PA
Attorneys for Debtor
101 N. E. Third Avenue
Fort Lauderdale, FL  33301
Tel (954) 462-8000
Fax (954) 462-4300
E-Mail  @rprslaw.com

Copies furnished to:
Chad P. Pugatch, Esq.
(Attorney Pugatch is directed to serve a copy of this Order on all interested parties who have not been served via CMECF, and file a certificate attesting to any such service.)