

**ORDERED in the Southern District of Florida on May 12, 2011.**

Raymond B. Ray, Judge
United States Bankruptcy Court

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 10-42604-RBR |
| | CHAPTER 11 |
| CARPENTER CONTRACTORS | (Jointly Administered) |
| OF AMERICA, INC., d/b/a R & D THIEL, et al., | |
| Debtors. | |
| _____/ | |

### ORDER GRANTING DEBTORS' MOTION FOR AUTHORIZATION TO ENTER INTO THE NEW COLLECTIVE BARGAINING AGREEMENT WITH CHICAGO REGIONAL COUNCIL OF CARPENTERS, AFFLIATED LOCAL UNION 792 OF THE UNITED BROTHERHOOD OF CAPTERTERS AND JOINERS OF AMERICA

THIS CAUSE came before the Court on May 11, 2011 at 9:30 a.m. upon the *Debtors' Motion for Authorization to Enter into the New Collective Bargaining Agreement with Chicago Regional Council of Carpenters, Affiliated Local Union 792 of the United Brotherhood of Carpenters and Joiners of America* (DE #337) (the "Motion") pursuant to section 363(b) of title 11 of the United States Code. The Court having considered the record, heard argument of counsel, and there being no objection to the relief requested, it is

Ordered and Adjudged that:

1. The Motion is GRANTED.

2. The Debtor is authorized to enter into the New Collective Bargaining Agreement, a copy of which was attached to the Motion ("Agreement").

3. The Court shall retain jurisdiction with respect to any matters, claims, rights or disputes arising from or related to the implementation of this Order.

###

Submitted by:

Chad P. Pugatch, Esq.
Rice Pugatch Robinson & Schiller, P.A.
101 N.E. Third Avenue, Suite 1800
Ft. Lauderdale, FL 33301
Telephone: (954) 462-8000
Facsimile: (954) 462-4300
cpugatch@rprslaw.com

Attorney Pugatch is directed to serve a conformed copy of this order, immediately upon receipt, on all parties listed on the Master Service List immediately upon receipt and to file a certificate of service with the Court.